The Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY,<br><br>        Plaintiff,<br><br>v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, STEVEN TRUBOW, an individual, POLINA FEILBACH, an individual, RODNEY WATKINS, an individual, DUSTIN MACHI, an individual, MMAS Research Italy S.R,L. an Italian company, and MMAS Research France, SAS a French company,<br><br>        Defendants. | NO. 2:21-CV-01301-DWC<br><br>MOTION AND DECLARATION FOR LEAVE TO WITHDRAW |

TO:        The Clerk of the Court,

AND TO:    Defendants, Steven Trubow and MMAS RESEARCH, LLC,

AND TO:    Plaintiff, DONALD E. MORISKY.

## **MOTION**

Counsel for Defendants hereby appear and request the Court's permission to withdraw as counsel of record for the Defendants herein. This Motion is based on the Declaration of Counsel, Mark L. Lorbiecki, as set forth below, and the Courts records herein.

MOTION AND DECLARATION FOR LEAVE
TO WITHDRAW - 1
(2:21-CV-01301-DWC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7586402.1

Dated this 9th day of May, 2022.

                               s/ Mark L. Lorbiecki
                               s/ Theresa Rava
                               s/ Tyler Hermsen
                               Mark L. Lorbiecki, WSBA #16796
                               Theresa Rava, WSBA # 53159
                               Tyler Hermsen, WSBA # 43665
                               WILLIAMS, KASTNER & GIBBS PLLC
                               601 Union Street, Suite 4100
                               Seattle, WA 98101-2380
                               Telephone: (206) 628-6600
                               Email: Mlorbiecki@williamskastner.com

*Attorneys for Defendants*

## **DECLARATION OF COUNSEL FOR DEFENDANTS MARK L. LORBIECKI**

1.  My name is Mark L. Lorbiecki and I am duly licensed to practice law in the state of Washington and am admitted to the U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.

2.  When originally retained, our client, Steven Trubow, personally, and as Managing Member of MMAS RESEARCH, LLC, agreed that the purpose of the engagement was to present a CR 12(b)(6) motion for dismissal of this case based upon the earlier dismissal with prejudice and a Settlement Agreement. The Retainer Agreement had left the question of further representation to be subject to a further agreement between the parties. The parties have been unable to reach an agreement as to representation beyond that for the CR 12(b)(6) motion and its presentation. Mr. Trubow has indicated that he intends to seek other counsel to represent him herein.

MOTION AND DECLARATION FOR LEAVE
TO WITHDRAW - 2
(2:21-CV-01301-DWC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7586402.1

3.       I have presented this declaration to Mr. Trubow and he concurs that we have not been able to agree on terms for the further representation. Mr. Trubow's current mailing address is 1601 Spring Hill Rd, Petaluma CA 94952, and all pleadings in this matter should be directed to him at said address.

3.       Consequently, I am requesting leave of the Court to withdraw effective May 9, 2022, if possible. Pursuant to W. D. Wash. Local Civ. Rule 83.2 (b)(1) I am including certification below that the Motion herein was served on the client and opposing counsel.

4.       Therefore, I am requesting leave of the Court to withdraw pursuant to W. D. Wash. Local Civ. Rule 83.2. We respectfully request that said Order of Leave for Withdrawal be effective immediately on May 9, 2022 or as soon thereafter as possible.

4.       All further notices, pleadings and correspondence should be directed to Mr. Trubow as set out above.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated this 9th day of May, 2022.

s/ Mark L. Lorbiecki
Mark L. Lorbiecki, WSBA #16796
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: Mlorbiecki@williamskastner.com

MOTION AND DECLARATION FOR LEAVE
TO WITHDRAW - 3
(2:21-CV-01301-DWC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7586402.1

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF. I also certify that I have sent via email a copy of this Motion and Declaration to Defendants at trubow1@gmail.com.

Dated this 9th day of May, 2022.

_/s/Julie Larm-Bazzill_____
Julie Larm-Bazzill, Legal Assistant

MOTION AND DECLARATION FOR LEAVE
TO WITHDRAW - 4
(2:21-CV-01301-DWC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7586402.1