The Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY,<br><br>    Plaintiff,<br><br>    v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, STEVEN TRUBOW, an individual, POLINA FEILBACH, an individual, RODNEY WATKINS, an individual, DUSTIN MACHI, an individual, MMAS Research Italy S.R,L. an Italian company, and MMAS Research France, SAS a French company,<br><br>    Defendant. | NO. 2:21-CV-01301-DWC<br><br>DECLARATION OF STEVEN TRUBOW IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW |

Steven Trubow, under penalty of perjury under the laws of the state of Washington, states and declares as follows:

1. I am over the age of 18. I make the following declaration from my personal knowledge about matters of which I am competent to testify. I am one of the named Defendants in the above captioned lawsuit and the managing member of MMAS Research, LLC ("MMAS Research"). I make this declaration in both of my capacities representing the two remaining defendants herein and this declaration is made based on my personal knowledge.

DECLARATION OF STEVEN TRUBOW IN SUPPORT OF
MOTION FOR LEAVE TO WITHDRAW- 1
(2:21-CV-01301-DWC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7600995.1
7600995.1

2. I declare under penalty of perjury that the foregoing is true and correct.

3. I understand the consequences of Mr. Lorbiecki's firm, Williams Kastner in their motion to withdraw. I fully understand that while I can represent myself in this matter that no limited liability company such as MMAS Research, LLC can represent itself nor can I represent it. MMAS Research, LLC must be represented by counsel and I intend, myself, to be represented by counsel.

4. Williams Kastner and I did only negotiate representation through the resolution of the Motion to Dismiss and I do concur with their motion for leave to withdraw, as it correctly represents the state of our agreement. I do not intend to contest the withdrawal.

5. Understanding my need for representation, I have been seeking legal representation since May 31, 2022. Part of the problem is the factual complexity of the case as is demonstrated by both of the length and the diverse allegations of the Complaint and those of the Counterclaims. Many of the attorneys that I have approached have not understood copyright law and for that reason, even a full recitation of the facts of the case has not been easy for them to understand. A number of the candidate counsel have not understood, for example, the copyrights on each of the MMAS-4 and MMAS-8 are distinct from that issued to MMAS Research LLC for the code and translations that support the Morisky Widget. For that reason, I have been extremely reluctant to retain such counsel. I have too much respect for this Court to waste its time as someone struggles through these complex facts and legal theories.

6. Right now, I have some counsel still quite interested in the case and who can understand the nature of the case. I have discussed this case and representation with K & L Gates, Fox-Rothschild, Keller Rohrback, and Gleem, among others. Unfortunately, the

DECLARATION OF STEVEN TRUBOW IN SUPPORT OF
MOTION FOR LEAVE TO WITHDRAW- 2
 (2:21-CV-01301-DWC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7600995.1
7600995.1

Memorial Day holiday has presented a real impediment to speaking to the right individuals at each firm. I am continuing to interview when I can but have been asked to make appointments later next week. But I want to assure that the Court be aware that I have been diligent as I can be given the timing of the withdrawal. I ask that I be given leave to find counsel to appear before June 24th.

7. Thus, I wish to ask the Court's indulgence in trying to find counsel. As I understand the situation, because we have not begun discovery, granting me two more weeks to establish representation for me and for MMAS Research, LLC will not work a prejudice to Dr. Morisky, especially given the early timing of the Williams Kastner withdrawal. They have been very accommodating and as I understand it, they have done much more to assist in securing further representation. I hope it is evident that I am doing all that can be done to minimize any disruption to these proceedings. I apologize to the Court for the necessity of the delay.

DATED this 2nd day of June 2022.

s/ Steven Trubow

DECLARATION OF STEVEN TRUBOW IN SUPPORT OF
MOTION FOR LEAVE TO WITHDRAW- 3
(2:21-CV-01301-DWC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7600995.1
7600995.1