UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD E. MORISKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MMAS RESEARCH LLC, et al.,<br><br>　　　　　Defendant. | CASE NO. 2:21-CV-1301-RSM-DWC<br><br>ORDER GRANTING EXTENSION OF TIME |

On August 1, 2022, Defendants Steve Trubow and MMAS Research, LLC filed a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion for TRO"). Dkt. 69.[1] The Motion for TRO was noted for the Court's consideration on the date it was filed. *See* LCR 7. Pursuant to Local Civil Rule 65, the party opposing the motion for a temporary restraining order has 48 hours to file a response. Plaintiff Donald E. Morisky has filed a Motion to Extend Time to

---

[1] The Court notes a motion for a temporary restraining order is a noted for the same day. *See* LCR 7. However, a motion for a preliminary injunction should be noted on the fourth Friday from the filing date. *Id*. at (d)(3).

ORDER GRANTING EXTENSION OF TIME - 1

Respond ("Motion to Extend"), seeking an extension until August 9, 2022, to file a response to the Motion for TRO. Dkt. 72.

The Court has considered the Motion for TRO and the Motion to Extend. Based on the record before the Court, the Court finds an extension of time to respond to the Motion for TRO is appropriate.[2] Therefore, the Motion to Extend (Dkt. 72) is granted as follows:

- Plaintiff shall have until August 10, 2022 to file a response to the Motion for TRO; and
- Defendants shall have until August 12, 2022 to file an optional reply.

The Clerk is directed to re-note the Motion for TRO (Dkt. 69) for August 12, 2022.

Dated this 3rd day of August, 2022.

David W. Christel
United States Magistrate Judge

---

[2] Defendants did not stipulate to the extension of time. *See* Dkt. 72. The Court finds an extension of time is appropriate and finds a response from Defendants is not necessary.