UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD E. MORISKY,

          Plaintiff,

   v.

MMAS RESEARCH LLC, et al.,

          Defendants.

CASE NO. 2:21-CV-1301-RSM-DWC

ORDER

      On September 14, 2022, the Court directed Defendants to submit a Proposed Second Amended Answer to Second Amended Complaint, Second Amended Affirmative Defenses and Second Amended Counterclaim ("proposed second amended answer") that complied with the Court's Order. Dkt. 86. Defendants emailed a copy of the proposed second amended answer to the Court and opposing counsel on September 29, 2022. Based on a review of the proposed second amended answer, it appears portions of the proposed second amended answer are outside the scope of the Court's Order. Therefore, the Court directs the following:

      Defendants are directed to file the proposed second amended answer on or before October 7, 2022. The document shall be titled "[Proposed] Defendants' Second Amended

Answer to Second Amended Complaint, Second Amended Affirmative Defenses and Second Amended Counterclaims" and the docket shall reflect the filing is the Proposed Second Amended Answer to Second Amended Complaint, Second Amended Affirmative Defenses and Second Amended Counterclaim.

If Plaintiff has any objections to the scope of the proposed second amended answer, he may file any such objections on or before October 14, 2022. If no objections are filed, the Court will docket the proposed second amended answer as Defendants' Second Amended Answer to Second Amended Complaint, Second Amended Affirmative Defenses and Second Amended Counterclaim.

Dated this 4th day of October, 2022.

David W. Christel
United States Magistrate Judge