The Honorable David W. Christel

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, et al.,<br><br>Defendants. | Case No. 2:21-CV-01301-RSM-DWC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO TAKE DEPOSITIONS OF STEVEN TRUBOW AND THE RULE 30(B)(6) DESIGNEE(S) OF THE MMAS RESEARCH DEFENDANTS** |

## STIPULATION

The Parties, Plaintiff/Counterclaim Defendant Donald E. Morisky and Defendant/Counterclaimants Steve Trubow ("Trubow") and the MMAS Research Defendants (MMAS Research, LLC; MMAS RESEARCH ITALY S.R.L., and MMAS RESEARCH FRANCE, SAS") (collectively, "Defendants"), through their undersigned counsel of record, stipulate to the entry of an order extending the time for Plaintiff to take the depositions of Trubow and the Rule 30(b)(6) designee(s) of the MMAS Research Defendants (the "Depositions") from the current deposition discovery deadline of January 13, 2023, to February 28, 2023. The Depositions were originally scheduled for January 6, 2023; however, Defendants and their counsel subsequently identified conflicts with this date arising from pending federal cases involving the parties in other jurisdictions. To accommodate these conflicts, the Parties hereby stipulate to extend the time to take these Depositions to February 28, 2023.

Stipulation and Order Extending Deadline
to Take Depositions of Trubow and MMAS Research
Case No. 2:21-cv-01301-RSM-DWC

Weide & Miller, Ltd.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 382-4804

1

Neither party will be prejudiced by this proposed stipulation extending the time to take these Depositions, and the undersigned counsel for the Parties affirms this stipulation is made in good faith and not for purposes of harassment or undue delay in this matter.

SO STIPULATED this 10th day of January 2023.

| | |
|---|---|
| s/Brett C. Harris | s/ F. Christopher Austin |
| Brett C. Harris | F. Christopher Austin (*Pro Hac Vice*) |
| VIRGO LAW LLC | WEIDE & MILLER, LTD. |
| 119 1st Ave. S., Ste. 310 | 10655 Park Run Drive, Suite 100 |
| Seattle, WA 989104 | Las Vegas, NV 89144 |
| | |
| Paul S. Haberman (Pro Hac Vice Pending) | William J. Crowley |
| LAW OFFICES OF PAUL S. HABERMANN LLC | CROWLEY LAW OFFICES, P.S. |
| 19 Engle Street, | 600 University Street, Suite 1901 |
| Tenafly, NJ 07670 | Seattle, WA 98101 |
| | |
| *Attorneys for Defendant/Counterclaimants* | *Attorneys for Plaintiff/Counterclaim Defendants* |

## ORDER

This matter having come before the Court on the stipulation of the parties, and good cause having been shown,

IT IS HEREBY ORDERED THAT the discovery deadline to take the depositions of Steven Trubow and the Rule 30(b)(6) designee(s) of the MMAS Research Defendants is hereby extended to February 28, 2023.

DATED this 10th day of January 2023.

David W. Christel
United States Magistrate Judge

STIPULATION AND ORDER EXTENDING DEADLINE
TO TAKE DEPOSITIONS OF TRUBOW AND MMAS RESEARCH
CASE NO. 2:21-cv-01301-RSM-DWC

WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 382-4804

2

Presented by:

| | |
|---|---|
| *s/Brett C. Harris* | *s/ F. Christopher Austin* |
| Brett C. Harris | F. Christopher Austin (*Pro Hac Vice*) |
| VIRGO LAW LLC | WEIDE & MILLER, LTD. |
| 119 1st Ave. S., Ste. 310 | 10655 Park Run Drive, Suite 100 |
| Seattle, WA 989104 | Las Vegas, NV 89144 |
| | |
| Paul S. Haberman (Pro Hac Vice Pending) | William J. Crowley |
| LAW OFFICES OF PAUL S. HABERMANN LLC | CROWLEY LAW OFFICES, P.S. |
| 19 Engle Street, | 600 University Street, Suite 1901 |
| Tenafly, NJ 07670 | Seattle, WA 98101 |
| | |
| *Attorneys for Defendant/Counterclaimants* | *Attorneys for Plaintiff/Counterclaim Defendants* |

STIPULATION AND ORDER EXTENDING DEADLINE
TO TAKE DEPOSITIONS OF TRUBOW AND MMAS RESEARCH
CASE NO. 2:21-CV-01301-RSM-DWC

WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 382-4804

3