UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD E. MORISKY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MMAS RESEARCH LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:21-CV-1301-RSM-DWC<br><br>ORDER GRANTING MOTION TO AMEND |

Currently before the Court is Plaintiff Donald E. Morisky's Motion to Amend the Scheduling Order. Dkt. 144. Defendants have not filed a proper response opposing the Motion to Amend.[1] The Court has reviewed the relevant docket. Plaintiff filed the Motion to Amend after the expiration of the dispositive motion deadline set in the Order Setting Trial Date and Other Related Dates. However, considering Defendants' lack of opposition and Plaintiff's arguable showing of excusable neglect, the Court finds an extension of the dispositive motion deadline

---

[1] The Court notes Defendants filed the Declaration of Steve Trubow on June 28, 2023. Dkt. 148. This appears to be in response to the Motion to Amend. However, the declaration was not properly signed and is, therefore, not properly before the Court. Further, the declaration does not comply with the Local Civil Rules. For these reasons, the Court struck the Declaration of Steve Trubow. *See* Dkt. 151.

ORDER GRANTING MOTION TO AMEND - 1

and other trial related deadlines is warranted. Therefore, the Motion to Amend (Dkt. 144) is GRANTED as follows:

The Court schedules this case for a ten-day jury trial on **November 27, 2023 at 9:00 a.m. before the Honorable Ricardo S. Martinez, Courtroom 13206** with the following amended pretrial deadlines:

| Event | Date |
| --- | --- |
| All dispositive motions and *Daubert* motions must be filed by (*see* LCR 7(d)) | **July 27, 2023** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday after filing.<br><br>Motions in limine raised in trial briefs will not be considered. | **October 26, 2023** |
| Agreed LCR 16.1 Pretrial Order due | **November 15, 2023** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | **November 20, 2023** |
| Pretrial conference | **To be set by the Court** |

All other portions of the Order Setting Trial Date and Related Dates (Dkt. 71) remains in full force and effect.

Dated this 6th day of July, 2023.

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO AMEND - 2