IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD MORISKY<br><br>    Plaintiff,<br><br>vs.<br><br>MMAS RESEARCH, STEVEN TRUBOW,<br>DUSTIN MACHI RODNEY WATKINS<br><br>    Defendants. | Case No.:<br><br>DECLARATION OF STEVEN<br>TRUBOW |

I, STEVEN TRUBOW make the following declaration.

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration of my own personal knowledge.

2. I LIVE AND WORK AT 101 2nd Street, Unit 303, Petaluma, CA 94952.

3. I participated in depositions in Las Vegas Nevada on May 25 and May 26, 2023, in which I was asked about whether I had any financial documents, business records, profit loss statements or expense documents for the Morisky Widget Licenses from 2017 until the CR2A was executed in 2020.

DECLARATION OF STEVEN TRUBOW - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

4. I explained that I used an ASIS laptop, purchased sometime in 2017 until early 2022. This laptop was used for approximately four years to train clinicians all over the world on how to use the Morisky Widget software.

5. Sometime in early 2022 either (February, March, or April), the ASIS laptop fell out of my knapsack and the screen was shattered, and the keyboard popped out, I replaced the ASIS laptop within a few days with a new Toshiba laptop which I am still using today. I could not get the ASIS laptop to reboot. I could not slave the ASIS hard drive to my new Toshiba laptop hard drive. The ASIS was obsolete, and I put it in 3 pieces, screen, keyboard, and base in a box in my garage with some other broken or obsolete computer monitors, modems, and printers that were stored in a detached garage until I moved out of my house and into a small studio apartment on March 4, 2023. The movers took a dozen boxes of old books and household and kitchen items, computers, and automobile parts to the dump during the moving process. I personally did not dispose of them. This all happened in the one day I was moving residences.

6. In December 2020 MMAS Research LLC executed the CR2A Settlement Agreement with the Moriskys. After December 4, 2020, until the present MMAS Research LLC has not sold a single new Morisky Widget or GMRF license. There was not a single Morisky Widget or GMRF training and certification session for a licensee so there was no need to use the ASIS laptop. The only training and certification were for prospective employees that we trained and certified to hire as    trainers    when    and    if    we    did    sell    actual    licenses.

DECLARATION OF STEVEN TRUBOW - 2

7. After December 4, 2020, all Morisky Widget licenses and settlements were handled by the joint representation lawyers who executed all of the contracts and collected the money.

8. While there was some Morisky Widget licensing information (before the CR2A was executed) stored on the ASIS laptop hard drive going back to 2017, they were used for the training and certification meetings with the licensees. After the CR2A was executed, there were five or six post CR2A documents that I had signed, that were stored on the ASIS laptop, but their origin was from the joint representation lawyers, who could have supplied every retroactive Morisky Widget license and settlement agreement as well as the payment information.

9. There were never any business records, financial records, bank statement stored on the ASIS laptop. I used a browser on the ASIS to access my banking information at Chase Bank from March 2017-February 2022 and did not backup any statements. Chase closed the MMAS Research LLC account in August 2022 because we had a dispute about an AIR France baggage claim that I took to the Better Business Bureau in NYC. After August 2022 I no longer had any online or local bank access to the MMAS Research LLC or Steven Trubow Chase bank accounts from 2017-2022. It took almost six months, and two attempts to get printed statements from Chase Bank for the years 2021 and 2022 sent to my CPA     so     he     could     prepare     my     tax     returns.

DECLARATION OF STEVEN TRUBOW - 3

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

10. On page 154 of DKT 155 Bruss Declaration Exhibit 8 deposition transcript, I was asked what happened to the Morisky Widget license and settlement agreements sent to me by Kenneth Gross (Joint representation) that I signed. Did I retain them?

11. I answered that I sent them back by email to Kenneth Gross and that I did not retain them. I might have retained some, but my hard drive died six months ago.

12. On page 175 of the DKT 155 deposition transcript, I was asked what happened to all the license agreements you did have in your possession.

13. I answered that I had a hard drive die, and I could not afford to have it restored.

14. On page 175 of the DKT 155 deposition, I was asked again, if "all the records for (pre-CR2A) Morisky Widget licensees and (post-CR2A) retroactive Morisky Widget licenses and settlement agreements were obliterated is that what you are saying. "

15. I answered that I had a hard drive die, so they are in there.

16. On page 207 and 208 of the DKT 155 deposition transcripts I was asked 'Mr. Trubow in light of your comment that the laptop contained nearly all of the financial for this case and all of the financial responses we would need to have and all records regarding profit, losses, cost etcetera all documentation dealing with all of the license agreements and the revenue that was generated from each license agreement, we are going to ask Patricia specifically that the laptop be produced    and    we    be    allowed    to    agree    to    that.

DECLARATION OF STEVEN TRUBOW - 4

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

17. I answered, "Number one, I never said anything about financial documents on there. I said I do not have any financial documents." I was cut off from finishing my answer.

18. The ASIS nor any other laptop or computer in my possession never had any financial information and records regarding profit, losses, costs dealing with all the (Morisky Widget) license agreements and the revenue that was generated from each license agreement.

19. As I explained previously and, in my deposition, the financial and legal details of CR2A retroactive Morisky Widget licensing, the settlement of CR2A claims, and the collection of money and payouts to MMAS Research LLC and Plaintiff were handled exclusively by the joint representation lawyers and I did not retain documentation relating to them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____, 2023.

STEVEN TRUBOW

DECLARATION OF STEVEN TRUBOW - 5

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

1

Attorneys for Plaintiff

2

3    Patricia Ray
     Pennsylvania Bar #31989
4    The Law Office of Patricia Ray
     1317 Nettles Boulevard
5    Jensen Beach, Florida 34957
     Telephone: 215-908-6810
6    raypatricia@yahoo.com

7
     Brett Harris, WSBA #55680
8    VIRGO LAW LLC
9    119 1st Avenue S., Ste. 310
     Seattle, WA 98104
10   Telephone: (206) 569-8418
     Brett@virgolawseattle.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF STEVEN TRUBOW - 6