IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD MORISKY | Case No.: 2:21-cv-1301-DWC |
| Plaintiff, | |
| vs. | DECLARATION OF STEVEN TRUBOW |
| MMAS RESEARCH, STEVEN TRUBOW, DUSTIN MACHI RODNEY WATKINS | |
| Defendants. | |

I, STEVEN TRUBOW make the following declaration.

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration of my own personal knowledge.

2. I live and work at 101 2nd Street, Unit 303, Petaluma, CA 94952.

3. I am 72 years old. I will turn 73 years old on October 9, 2023.

4. I was diagnosed with Hypertension thirteen years ago, Psoriatic Arthritis twenty years ago and for Diabetes 2 in January 2023 after my A1C blood sugar was found to be excessive in blood tests. I informed my lawyer in Seattle on February 16, 2023, that due to my deteriorating health conditions and pending medical

DECLARATION OF STEVEN TRUBOW - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

appointments and the fact I move to a different residence on February 25-28, 2023, I will not be able to attend the depositions in Seattle.

5. This Court (DKT 123) ordered me to sit for two days of depositions, one for Defendant Trubow and one for Defendant MMAS Research LLC on May 24, 2023, and May 25, 2023, at Mr. Austin's Las Vegas office.

6. I traveled to Las Vegas from San Francisco California on May 23,2023.

7. When I arrived in Las Vegas on May 23, 2023, I called the law offices of Christopher Austin and asked what time the deposition would begin and end each day. I was told the depositions on both days would run from 9:00 am until 6:00 pm or until finished with a short break for lunch.

8. On May 24, 2023, Christopher Austin explained they would depose me as an individual on the first day and depose MMAS Research LLC on the second day.

9. On May 25, 2023, in the morning, Mr. Austin and the Court Stenographer said they had late afternoon and early evening appointments that would make it difficult to complete the deposition of MMAS Research LLC on the second day of deposition, May 25, 2023.

10. Mr. Austin suggested extending the second day deposition of MMAS Research LLC until Tuesday May 30, 2023, over a zoom call to accommodate his schedule and the Court Reporter. Although the Court ordered for me in DKT 123, to participate in depositions for two days in Las Vegas, in the spirit of cooperation, my lawyer Pat Ray and I agreed to finish the second day of deposition after the Memorial Day weekend to accommodate Austin and the Court Reporter's schedule.

DECLARATION OF STEVEN TRUBOW - 2

Virgo Law LLC
119 1ˢᵗ Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

11. My morning flight on Friday May 26, 2023, from Las Vegas to San Francisco was cancelled and I had to spend all day Friday in the Las Vegas airport waiting for a 10:10 pm flight to San Francisco.

12. I arrived in San Francisco after midnight on Saturday morning. I began to feel feverish and very weak on the flight. I was about to learn the meaning of the "lost weekend".

13. By the time I arrived home in Petaluma at 1:30 am on Saturday May 27, 2023, I was very ill. I do not remember the LYFT ride I got from the San Francisco Airport to my apartment in Petaluma California or how I got into my apartment.

14. When I woke up late Saturday afternoon, I was running a high fever and I was so weak I could not walk. I was unable to eat. My primary care Doctor was not answering calls on Memorial Day Weekend. I had to crawl to the bathroom and back to the bed where I slept until Sunday morning.

15. When I got up Sunday morning, I still had trouble walking. I could not eat or even manage to drink a glass of water. I slept until late Sunday afternoon.

16. When I woke up, I again tried to call my primary care Doctor, but there was still no one on call for the holiday weekend.

17. With great difficulty I drove myself to the Emergency Room of the Petaluma Hospital on Sunday evening.

18. In the Emergency Room I was tested for COVID. After the COVID test the nurse told me that they had no place for me to lay down, so I returned to my home after I passed out and fell out of a chair in the Emergency Department waiting room.

DECLARATION OF STEVEN TRUBOW - 3

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

19. I remember having difficulty driving and cracked one of my wheels when I hit a curb.

20. On Memorial Day, Monday morning, May 29, 2023, I was notified by the Sonoma County Health Department by text message that I tested positive for COVID the evening before. I immediately notified my lawyer Pat Ray by text that I had contracted COVID and that I would not be able to attend a zoom deposition on May 30, 2023, or anytime soon.

21. From my bed, I called the Emergency Room and got a prescription for COVID medicine. I managed to drive to the Pharmacy and begin the COVID medication regiment. See Exhibit 1.

22. I stayed in bed from Monday May 29 until June 2, 2023, suffering from a severe case of COVID. I was unable to eat or drink fluids without difficulty. I only got up to go to the bathroom and take my COVID medication each day.

23. On May 30, 2023, I sent an email to Chris Austin and Pat Ray at 9:32 am pacific time that said I am very sick with COVID. "I will not do a depo until I recover". See Exhibit 2

24. I learned several weeks later that Austin had scheduled a second Zoom deposition for May 31, 2023, after Ms. Ray told him on May 29th and I told him on May 30th that I will not be doing any depositions for the foreseeable future due to illness.

25. With all due respect to the this Court, Austin's rescheduling of a second zoom deposition for May 31, 2023, and then seeking sanctions for the two cancelled deposition, is a DÉJÀ VU motion for sanctions for what transpired when my

DECLARATION OF STEVEN TRUBOW - 4

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

lawyer told him on February 16, 2023, six days in advance of my scheduled depositions in Seattle February 24 and 25, 2023, that my medical condition prohibited me from attending two scheduled days of deposition. Yet Chris Austin went forward with both days of the depositions in Seattle and was later awarded over $30,000 in sanctions.

26. The fact that I was sanctioned by this Court for not attending the two days of depositions in Seattle in February after providing six days of advance notice of a medical condition and appointments for treatment and again face sanctions for not attending a second scheduled Zoom deposition on May 31, 2023, after Austin had learned on May 29 2023, that I was severely ill and bed ridden with Covid, in my mind constitutes elder abuse.

27. The Court Ordered DKT 123 two days of depositions in Las Vegas were completed as ordered. There is not any logical, legal, or good reason a second zoom meeting was scheduled for May 31, 2023.

28. These two make up zoom meetings that should have never been necessary in the first place led to me being ordered by this Court for a second time to return to Las Vegas on June 29, 2023, to complete a face-to-face deposition instead of a short Zoom that was planned as a result of Austin mismanaging the Court's ordered May depositions in Las Vegas.

29. As this Court might recall, I was unable to get Ms. Ray, who was out of the country, or Mr. Harris who had legal obligations in Seattle to represent me at this deposition, because I could not make overnight arrangements in Las Vegas to hire a Zoom service.

DECLARATION OF STEVEN TRUBOW - 5

Virgo Law LLC
119 1ˢᵗ Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

30. Now I am facing the prospect of sanctions for the second time for not attending an ill planned zoom deposition on May 31, 2023, when I was bedridden for COVID.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____, 2023.


STEVEN TRUBOW

Attorneys for Plaintiff

Patricia Ray
Pennsylvania Bar #31989
The Law Office of Patricia Ray
1317 Nettles Boulevard
Jensen Beach, Florida 34957
Telephone: 215-908-6810
raypatricia@yahoo.com

Brett Harris, WSBA #55680
VIRGO LAW LLC
119 1st Avenue S., Ste. 310
Seattle, WA 98104
Telephone: (206) 569-8418
Brett@virgolawseattle.com

DECLARATION OF STEVEN TRUBOW - 6

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418