UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD E. MORISKY,

          Plaintiff,

   v.

MMAS RESEARCH LLC, et al.,

          Defendants.

CASE NO. 2:21-CV-1301-RSM-DWC

ORDER STRIKING MOTIONS IN LIMINE

Before the Court are Defendants' Motion to Seal Motion in Limine (Dkt. 185), Motion in Limine (Dkt. 186), Supplemental Motion to Seal Motion in Limine (Dkt. 188), and Supplemental Motion in Limine (Dkt. 189). On October 31, 2023, the Court struck the trial date after determining additional discovery needed to occur in this case. Dkt. 195. The Court directed the parties to file a joint status report with a proposed trial date and pretrial deadlines. *Id*. The Court will be entering a revised scheduling order that resets the trial date and the pretrial deadlines, including the deadline to file motions in limine. As the trial date has been stricken, the Court STRIKES Defendants' pending Motion to Seal (Dkt. 185), Motion in Limine (Dkt. 186), Supplemental Motion to Seal Motion in Limine (Dkt. 188), and Supplemental Motion in Limine

ORDER STRIKING MOTIONS IN LIMINE - 1

1  (Dkt. 189) WITHOUT PREJUDICE. Defendants have leave to re-file their motions in

2  accordance with the revised scheduling order that will be issued after the joint status report is

3  submitted to the Court.

4      Dated this 2nd day of November, 2023.

*[signature]*

David W. Christel
Chief United States Magistrate Judge