UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY, | Case No. 2:21-cv-1301-RSM-DWC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| MMAS RESEARCH LLC, et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, Dkt. #194.

(2) Defendants' Motion for FRCP 54(b) Ruling, Dkt. #162, is denied.

(3) The Clerk is directed to send copies of this Order to counsel for the parties and to the Hon. David W. Christel.

DATED this 30th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE