UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD MORISKY<br><br>Plaintiff,<br><br>vs.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, STEVEN TRUBOW, an individual, POLINA FEILBACH, an individual, RODNEY WATKINS, an individual, DUSTIN MACHI, an individual, MMAS Research Italy S.R.L. an Italian company, and MMAS Research France, SAS a French company,<br><br>Defendants. | Case No.: 2:21-CV-01301-DWC<br><br>**DECLARATION OF STEVE TRUBOW CONCERNING PLAINTIFF'S MOTION TO STAY DOCKET 206** |

I, STEVE TRUBOW, make this Declaration concerning facts within my personal knowledge and experience and in support of Defendant's Response to Plaintiff's Motion to Stay the Proceedings.

1. The facts relate to counterclaims filed by Defendants in the Second Amended Complaint Docket 94 in this matter.

2. These Counterclaims (the SAC Counterclaims) will not be resolved by the matter on appeal, and it is urgent that Defendants proceed to trial on them.

3. SAC Counterclaims #2,3,4,5,7, and 8 are completely separate from the SAC counterclaim #1 over the ownership of the Morisky Widget and counterclaim #6 which alleges Plaintiff infringed on the Morisky Widget copyright.

4. SAC Counterclaims #2,3,4,5,7, and 8 seek damages in excess of 9 million dollars. See Exhibit 1.

5. In DKT 48, this Court recognized that the SA authorizes Defendants to pursue

---

DECLARATION OF STEVE TRUBOW
CONCERNING PLAINTIFF'S MOTION
TO STAY DOCKET 206

1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-9418

retroactive licensing agreements for the Morisky Widget. *See* Dkt. 48.

6. SAC Counterclaims #2,3,4,5,7, and 8 concern Plaintiff's breach of the CR2A settlement agreement, breach of contract with business expectancy, unfair business practices, tortious and malicious breach of process, breach of implied covenant of good faith and fair dealing, and tortious interference

7. The SAC Counterclaims involve malicious actions taken by Plaintiff concerning the CR2A contractual agreement and his direct and intentional interference with the settlement of 406 CR2A Exhibit 3 infringement claims, and the forced termination of over 200 Exhibit 4 Morisky Widget licenses and Exhibit GMRF licenses, which have devastated the Defendants financially and professionally, caused the Defendants to experience emotional trauma and mental anguish and exacerbate the severity of the Defendants chronic health condition.

8. SAC Counterclaims #2,3,4,5,7, and 8 require urgent resolution to restore the Defendants business practices, physical and mental health, and their professional reputation.

9. In order to stave off bankruptcy, adverse medical events, continued mental trauma, the Defendants requests the Court to reject any stay or further delay and proceed with a schedule for discovery and trial.

---

DECLARATION OF STEVE TRUBOW
CONCERNING PLAINTIFF'S MOTION     2
TO STAY DOCKET 206

Virgo Law LLC
119 1ˢᵗ Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-9418

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2023.

*/s/ Steve Trubow*
STEVE TRUBOW

Attorneys for Plaintiff

Patricia Ray
Pennsylvania Bar #31989
The Law Office of Patricia Ray
1317 Nettles Boulevard
Jensen Beach, Florida 34957
Telephone: 215-908-6810
raypatricia@yahoo.com

Brett Harris, WSBA #55680
VIRGO LAW LLC
119 1st Avenue S., Ste. 310
Seattle, WA 98104
Telephone: (206) 569-8418
Brett@virgolawseattle.com

DECLARATION OF STEVE TRUBOW
CONCERNING PLAINTIFF'S MOTION
TO STAY DOCKET 206

3

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-9418