# **EXHIBIT A**

| Identified Contracts, License, Retroactive Addendum, Claim Settlements | economic loss | mental anguish | discomfort | inconvenience |
|---|---|---|---|---|
| CR2A Exhibit 3 350 Lost Claims Exhibit 4 150 Terminates Morisky Widget Licenses | 7,500,000 | 1,000,000 | 100,000 | 100,000 |
| 3 Sanofi Morisky Widget License and July 2021 Addendum | $500,000 | $100,000 | $75,000 | $50,000 |
| Daiichi UK Morisky Widget | $200,000 | $100,000 | $75,000 | $50,000 |
| Novartis PrimeCore Morisky Widget South Korea License & Addendum | $250,000 | $100,000 | $100,000 | $100,000 |
| Novartis Argentina Morisky Widget Retroactive License, Addeendum and Amendment | $100,000 | $50,000 | $50,000 | $75,000 |
| Novartis Italy OPIS Morisky Widget License 4 Addendums | $500,000 | $100,000 | $100,000 | $100,000 |
| Naratello Retroactive Morisky Widget License | $150,000 | $50,000 | $50,000 | $50,000 |
| Lurie Children's Hospital Morisky Widget License and Retroactive Morisky Widget Adde. | $150,000 | $50,000 | $50,000 | $50,000 |
| AbbVie Court Settlement and 4 Morisky Widget Licenses | $1,500,000 | $150,000 | $100,000 | $50,000 |
| Astra Zeneca France | $200,000 | $75,000 | $75,000 | $50,000 |
| Menarini Italy, Germany and France | $500,000 | $100,000 | $100,000 | $100,000 |
| Baclese French Social Security 40 French Claims | $2,500,000 | $100,000 | $100,000 | $100,000 |
| Johnson and Johnson Japan | $500,000 | $150,000 | $100,000 | $75,000 |
| Johnson and Johnson USA Antileon | $250,000 | $75,000 | $50,000 | $75,000 |
| Daiichi Japan IQVIA | $100,000 | $75,000 | $50,000 | $75,000 |
| Shah Retroactive Morisky Widget License & Kim Fong Representation | $500,000 | $100,000 | $100,000 | $100,000 |
| University of California Regents Morisky Widget | $100,000 | $200,000 | $100,000 | $100,000 |
| Emory University Hospital Settlement | $100,000 | $100,000 | $50,000 | $50,000 |
| Mitsubishi Japan Morisky Widget License and Addendum | $350,000 | $150,000 | $100,000 | $75,000 |
| Boston Childrens Hospital Harvard Medical School Morisky Widget License | 1,000,000 | $300,000 | $100,000 | $75,000 |
| Wolverhampton Morisky Widget & GMRF Licenses | 1,000,000 | $300,000 | $100,000 | $100,000 |

| | | | | |
|---|---|---|---|---|
| University of Illinois Chicago Morisky Widget License and Addendum | $100,000 | $50,000 | $50,000 | $50,000 |
| Boehringer Ingelheim China | $100,000 | $100,000 | $50,000 | $75,000 |
| Boehringer Ingelheim GmbH | $300,000 | $50,000 | $50,000 | $50,000 |
| Federico Naples University Hospital | $250,000 | $75,000 | $50,000 | $50,000 |
| Novo Nordisk Morisky Widget license and Addendums 2 | $1,000,000 | $150,000 | $100,000 | $100,000 |
| Fuwai Hospital China Morisky Widget License Retroactive Morisky Widget Addendum | $2,000,000 | $150,000 | $75,000 | $75,000 |
| Gustave Roussy Cancer Institute Morisky Widget License Retroactive Addendum | 1,000,000 | $150,000 | $75,000 | $75,000 |
| King Faisal Specialist Hospital Morisky Widget License | 1,000,000 | $100,000 | $100,000 | $100,000 |
| Charite Morisky Widget Llicense | 5,000,000 | $250,000 | $100,000 | $250,000 |
| Kings College Morisky Widget License and Court Settlement | $100,000 | $75,000 | $100,000 | $75,000 |
| Riga Stradins University Lativa Morisky Widget and GMRF License | $200,000 | $75,000 | $50,000 | $50,000 |
| University of Brescia Hospital | $100,000 | $100,000 | $50,000 | $50,000 |
| University of Ljubljana, Slovenia Morisky Widget License and Addendum | $200,000 | $100,000 | $50,000 | $50,000 |
| Merck 2019 Court Settlement and 2022 Court Settlement | $200,000 | $100,000 | $50,000 | $50,000 |