IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD MORISKY<br><br>Plaintiff,<br><br>vs.<br><br>MMAS RESEARCH, STEVEN TRUBOW, DUSTIN MACHI RODNEY WATKINS<br><br>Defendants. | Case No.: 2:21-CV-01301-DWC<br><br>DECLARATION OF RODNEY WATKINS IN SUPPORT OF DEFENDANTS |

I, RODNEY WATKINS, make the following declaration.

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration of my own personal knowledge.

2. I am a Certified Public Accountant (CPA). I live and work in Coronado, California.

3. I have served in the position of CPA for MMAS Research LLC and Steven Trubow since June 2018 to the present.

4. I hereby declare the truth for the following facts concerning my accounting services for MMAS Research LLC and Steven Trubow for the period following the execution of their CR2A settlement agreement with Donald Morisky.

DECLARATION OF RODNEY WATKINS - 1

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

5. To prepare this Declaration, I have reviewed all the financial records in my possession.

6. To the best of my knowledge, As of December 31, 2022, the total assets of MMAS Research LLC were $11,666.23. (See Exhibit 1)

7. To the best of my knowledge, As of December 31, 2022, the total assets of Steven Trubow were $8,694.21. (See Exhibit 1)

8. To the best of my knowledge as of December 31, 2023, Neither Steven Trubow or MMAS Research LLC had any credit card accounts or secured revolving credit loans. (See Exhibit 2)

9. To the best of my knowledge as of December 31, 2023, Neither Steven Trubow or MMAS Research LLC had any securable assets; property, stocks, bonds, life insurance, or retirement accounts to borrow against other than one seven-year-old automobile with a Blue Book Value of $20,000.

10. To the best of my knowledge as of January 4, 2024, Steven Trubow's 'credit rating scores with TransUnion was 596, with Experion 660 and Equifax 758. (See Exhibit 2)

*(Signatures on next page)*

DECLARATION OF RODNEY WATKINS - 2

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2024.

_____
RODNEY WATKINS, Affiant

/s/ Patricia Ray
Pennsylvania Bar # 31989
The Law Office of Patricia Ray
5 Old Mill Road, Freeport PA 16229
Telephone: 215-908-6810
raypatricia@yahoo.com

/s/ Brett Harris
Brett Harris, WSBA #55680
VIRGO LAW LLC
119 1st Ave. S., Ste. 310
Seattle, WA 98104
Telephone: (206) 569-8418
Brett@virgolawseattle.com

DECLARATION OF RODNEY WATKINS - 3

Case 2:21-cv-01301-RSM   Document 217   Filed 01/04/24   Page 4 of 9

**Umpqua Bank**

# Petaluma - West

Open Now · Closes at 5:00 PM

## 201 Western Ave Petaluma, CA 94952
(707) 763-4555

UMPQ-PRIVATE

**Business Account Balance on 12/31/2023: $11,666.23**

```
                                                December 31, 2023    Page: 1 of 3

                                                Customer Service:
                                                1-866-486-7782
        MMAS RESEARCH LLC
        101 2ND ST # 303
        PETALUMA CA 94952-7404




        Last statement: November 30, 2023
        This statement: December 31, 2023
```

## Personal Account Balance on 12/31/2023: $8,694.28

December 18, 2023    Page: 1 of 3

Customer Service:
1-866-486-7782

STEVEN A TRUBOW
101 2ND ST # 303
PETALUMA CA 94952-7404

Who are the sex offenders in your neighborhood?  Get Protected  ✕

# scoresense

## TransUnion(R)

**596**   Fair
As of: January 3, 2024

How are my scores calculated? 

## Your Personal Information

**STEVE TRUBOW**

**Also known as:**

**Current Address:**
204 PO BOX 204
PORT ANGELES, WA 98362

**Employer History:**
MMAS RESEARCH LLC
2021

TAL INC
N/A

**Date of Birth:**
1950

**Address History:**
55 SEAGULL DR
PORT ANGELES, WA 98363

1964 16TH AV
SAN FRANCISCO, CA 94116

## Accounts Summary

Total Balances: $0    Total Payments: $0

 **Revolving Credit**
Balance   Payment
$0        $0

 **Real Estate**
Balance   Payment
$0        $0

 **Installment Loans**
Balance   Payment
$0        $0

 **Other Accounts**
Balance   Payment
$0        $0

**All Accounts**

# Your Accounts
Reported from TransUnion 01.03.2024

Viewing **All Account Types**