

United States District Court
Western District of Washington

| Donald E. Morisky | Case Number: | 2:21-CV-01301-RSM-DWC |
|---|---|---|

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

V.

MMAS Research, LLC, et al.

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Ronald D. Coleman _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

MMAS Research, LLC, et al.

The particular need for my appearance and participation is:

Experience in intellectual property litigation

I, Ronald D. Coleman _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 3, 2024 _____        Signature of Applicant: s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Ronald D. Coleman

Law Firm Name: Dhillon Law Group, Inc.

Street Address 1: 50 Park Place, Suite 1105

Address Line 2:

City: Newark      State: NJ      Zip: 07102

Phone Number w/ Area Code 973-298-1723      Bar # 0335801988      State NJ

Primary E-mail Address: rcoleman@dhillonlaw.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: epotter@dhillonlaw.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Ronald D. Coleman is unable to be present upon any date assigned by the court.

Date: April 3, 2024      Signature of Local Counsel: s/ Brett C Harris

Local Counsel's Name: Brett C. Harris

Law Firm Name: Virgo Law LLC

Street Address 1: 119 First Ave. S

Address Line 2: Ste. 310

City: Seattle      State: WA      Zip: 98104

Phone Number w/ Area Code 206-569-8418      Bar # 55680



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed April 3, 2024    Signature  s/ _____

*(Pro Hac Vice applicant name)*