UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD E. MORISKY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MMAS RESEARCH LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:21-CV-1301-RSM-DWC<br><br>ORDER DIRECTING LIMITED LIFT OF STAY |

On January 11, 2024, the Court stayed this matter pending the outcome of *MMAS Research, LLC, et al. v. The Charité, et al.*, Case No. 23-55202 (9th Cir.). Dkt. 220. The parties notified the Court that the Ninth Circuit case had resolved. *See* Dkt. 223. Therefore, on April 24, 2024, the Court held a status conference via Zoom to determine if the stay should be lifted. Based on arguments from counsel, the Court determined Plaintiff should be allowed an opportunity to move for sanctions prior to a scheduling order being entered. Accordingly, the Court lifted the stay for the limited purpose of allowing Plaintiff to file a motion for sanctions.

ORDER DIRECTING LIMITED LIFT OF STAY - 1

Any motion for sanctions must be filed on or before May 10, 2024.[1] The Court will not accept any additional motions or filings in this case until the motion for sanctions is resolved.

The Court also directs Attorney Ronald Coleman to clarify if he intends to represent all defendants or only Defendant MMAS Research LLC, as indicated on the Docket.

Dated this 24th day of April, 2024.

David W. Christel
United States Magistrate Judge

---

[1] The motion should be noted in accordance with Local Civil Rule ("LCR") 7. The response brief and reply brief shall also be filed in accordance with LCR 7.