UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD E. MORISKY,

                Plaintiff,

    v.

MMAS RESEARCH LLC, et al.,

                Defendants.

CASE NO. 2:21-CV-1301-RSM-DWC

ORDER GRANTING EXTENSION OF TIME

On April 24, 2024, the Court issued an Order Directing Limited Lift of Stay and allowing Plaintiff Donald E. Morisky to file a motion for sanctions on or before May 10, 2024. Dkt. 229. On May 10, 2024, Plaintiff filed a Motion to Extend Time to File Renewed Motion for Sanctions. Dkt. 230. Plaintiff asks for a 6-day extension, or until May 16, 2024, to file any renewed motion for sanctions. *Id*. Defendants have not agreed to the extension; however, the Court finds a response from Defendants, which is due after the requested extension of time, is unnecessary.[1] After consideration of the record, the Motion (Dkt. 230) is granted. Plaintiff shall have until May 16, 2024 to file a renewed motion for sanctions. The Court reminds the parties

---

[1] Defendants may seek reconsideration of this Order if they wish to be heard on the matter.

ORDER GRANTING EXTENSION OF TIME - 1

that the motion should be noted in accordance with Local Civil Rule ("LCR") 7. The response brief and reply brief shall also be filed in accordance with LCRs.

Dated this 15th day of May, 2024.

David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 2