UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD E. MORISKY,<br><br>                Plaintiff,<br>    v.<br><br>MMAS RESEARCH LLC, et al.,<br><br>                Defendants. | CASE NO. 2:21-CV-1301-RSM-DWC<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND |

      Currently before the Court is Plaintiff Donald E. Morisky's Renewed Motion for Sanctions. Dkt. 233. On July 3, 2024, the Court directed Plaintiff's counsel to review the evidence that has been obtained in this case and provide a detailed list of items Plaintiff asserts Defendants have failed to produce and Plaintiff has been unable to obtain through other sources. Dkt. 246. On July 16, 2024, Plaintiff filed the Response and a Declaration. Dkts. 247, 248.[1]

      The Court has reviewed Plaintiff's Response and Declaration. The Court now directs Defendants to file a response to Plaintiff's Response. Defendants' response shall not exceed

---

[1] The Response and Declaration were filed on July 16, 2024 at about 1:00 A.M.

ORDER DIRECTING DEFENDANTS TO RESPOND - 1

eight (8) pages and shall comply with the Local Civil Rules. The Court notes that failure to comply with the directives in this Order may result in Defendants' response being stricken.

Defendants' response is due on or before July 24, 2024. The Clerk is directed to re-note the Motion for Sanctions (Dkt. 233) to July 24, 2024.

Dated this 16th day of July, 2024.

David W. Christel
United States Magistrate Judge

ORDER DIRECTING DEFENDANTS TO RESPOND - 2