UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD E. MORISKY,<br><br>      Plaintiff,<br> v.<br><br>MMAS RESEARCH LLC, et al.,<br><br>      Defendant. | CASE NO. 2:21-CV-1301-RSM-DWC<br><br>ORDER GRANTING EXTENSION OF TIME |

On July 16, 2024, the Court directed Defendants to file a response to Plaintiff's Response and a Declaration. Dkt. 250; *see also* Dkts. 247, 248. Defendants were directed to file their response on or before July 24, 2024. Dkt. 250. On July 22, 2024, Defendants filed an unopposed Motion for Extension of Time, requesting until August 7, 2024 to file their response. Dkt. 251.

After consideration of the relevant record and as Plaintiff does not oppose, the Motion (Dkt. 251) is granted. Defendants shall have until August 7, 2024 to file a response to Plaintiff's Response (Dkts. 247, 248).

ORDER GRANTING EXTENSION OF TIME - 1

The Court reminds Defendants that Defendants' response shall not exceed eight (8) pages and shall comply with the Local Civil Rules. The Court notes that failure to comply with the directives in this Order may result in Defendants' response being stricken.

The Clerk is directed to re-note the Motion for Sanctions (Dkt. 233) to August 7, 2024.

Dated this 22nd day of July, 2024.

                                                                David W. Christel
                                                                United States Magistrate Judge