# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| Plaintiff(s), | NOTICE OF CIVIL APPEAL |
| v. | Case No |
| Defendant(s). | District Court Judge |

Notice is hereby given that _____

(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

_____
(Name of Order/Judgment)

entered in this action on _____ .
(Date of Order)

Dated: _____ .

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

_____
Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1