| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 10 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DONALD E. MORISKY,

      Plaintiff - Appellee,

 v.

MMAS RESEARCH, LLC, a Washington limited liability company; et al.,

      Defendants - Appellants.

No. 24-6568

D.C. No. 2:21-cv-01301-RSM

Western District of Washington, Seattle

MANDATE

      The judgment of this Court, entered December 18, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT