UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD E. MORISKY,

                Plaintiff,

v.

MMAS RESEARCH LLC, et al.,

                Defendants.

No. 2:21-CV-1301-RSM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff Donald E. Morisky's Motion for Case-Ending Sanctions Striking Defendants' Answers and Entering Default (Dkt. #269) is denied.

(3)    The previously-imposed-sanctions remain in effect and this case will proceed immediately to trial.

(4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this __27th__ day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1