UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY,<br><br>               Plaintiff,<br><br>   v.<br><br>MMAS RESEARCH LLC, a Washington limited liability company, et al.,<br><br>               Defendants. | No. C21-1301RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Pursuant to the Court's June 27, 2025, order at docket #278, the previously imposed sanctions in this matter remain in effect and the case is to immediately proceed to trial.

In order to set a trial date and remaining pretrial deadlines, the Court directs the parties to submit a Joint Status Report no later than **JULY 25, 2025,** setting forth the following information:

    1.    The date the case will be ready for trial;

    2.    The anticipated length of trial; and

MINUTE ORDER – 1

3.  The dates on which trial counsel may have complications to be considered in setting a trial date.

To the extent the parties cannot agree, the parties shall explain the bases for their disagreements in the joint statement. No separate reports shall be filed.

DATED this 16th day of July, 2025.

>RAVI SUBRAMANIAN,
>Clerk of Court
>
>*/s/ Laurie Cuaresma*
>Deputy Clerk to Hon. Ricardo S. Martinez