1

2

3

4

5

6

7       **UNITED STATES DISTRICT COURT**

8       **WESTERN DISTRICT OF WASHINGTON**

9

10

11      Donald Morisky,                                    2:21-CV-01301

12      Plaintiff,

13      v.                                                 DEFENDANT'S STATUS REPORT

14

15      MMAS Research LLC, et al.,

16      Defendants.

17

18

19                              Status Report

20

21          Defendants hereby submit their position on the status of the case for proceeding to trial.

22      Defendants attempted unsuccessfully to make a joint submission with Plaintiff.[1]

23

24

25

---

[1] Communication with Plaintiff's counsel were made to attempt a joint submission, but a timely resolution was not reached. Defendants hereby make this submission, understanding that Plaintiff will make one in parallel with differing views.

Defendant's Status Report - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104

1.Defendants' Position on the Status of the Case

The case is presently ready for trial as the Court has previously ordered that it proceed to trial immediately and Defendants have prepared their case accordingly.

2. Defendants' Position on the Duration of the Trial

Three days.

3. Defendants' Motions

Defendants will file a Motion to Disqualify opposing counsel for conflict of interest by combining the roles of advocate and witness as prohibited under RPC 3.7 and ABA Rule 3.7: Lawyer as Witness.

Defendants will file Motions in Limine requesting that the Court limit the testimony to be provided by Plaintiff concerning the ownership of the Morisky Widget copyright and the status of the CR2A which was resolved by the 9th U.S. Circuit Court of Appeals on March 13, 2024.

Defendants have provided for these motions in the proposed schedule below.

3. Proposed Schedule for Pretrial Matters

Defendants believe that pretrial preparation may be accomplished in a period of no more than 90 days and propose the following schedule:

| Event | Filed by Date |
|---|---|
| Submission of Pretrial Motions: | |
| General Motions ……………………………… August 21, 2025 | |
| Motion for Disqualification of Counsel………….. August 21, 2025 | |
| Motions in Limine……………………………...August 25, 2025 | |
| Responses to Motions by all Parties……………...September 15, 2025 | |
| Parties Pretrial Submissions: | |

Defendant's Status Report - 2

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104

| Identification of Witnesses |
| --- |
| Plaintiff………………………………………………August 18, 2025 |
| Defendants……………………………………….August 21, 2025 |
| Voir dire, jury instructions and exhibits……...……. October 6, 2025 |
| Pretrial Conference…………………………… …. To be set by the Court |
| Parties to be ready for Trial by……………………October 27, 2025, |
| |

Respectfully submitted this 25th day of July 2025.

/s/ Patricia Ray
Pennsylvania Bar # 31989
The Law Office of Patricia Ray
5 Old Mill Road
Freeport PA 16229
Telephone: 215-908-6810
raypatricia@yahoo.com

/s/ Brett Harris
Brett Harris, WSBA #55680
VIRGO LAW LLC
119 1st Ave. S., Ste. 310
Seattle, WA 98104
Telephone: (206) 569-8418
Brett@virgolawseattle.com

Defendant's Status Report - 3

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104