# EXHIBIT 1

# EXHIBIT 1

**From:** **Amanda Bruss** amanda@brusslegal.com 📎
**Subject:** Case 2:21-cv-01301-RSM Morisky v. MMAS Research LLC et al Minute Order: draft joint statement
**Date:** July 17, 2025 at 1:51 PM
**To:** Patricia ray raypatricia@yahoo.com, brett@virgolawseattle.com, rcoleman@colemanlaw-pc.com
**Cc:** Chris Austin chris@lextecnica.com, Will Crowley Will@crowleylawoffices.com

AB

Dear counsel,

Pursuant to the Court's order below, we've prepared the attached proposed joint statement for your review and input.  We are in the process of putting together our dates for the chart identifying conflicts.  Please send us your input regarding trial readiness, trial duration, and your information regarding scheduling conflicts on or before July 22 so that we can resolve any potential disputes and finalize a joint statement for filing.

Please note, I will be out of office and unavailable all of next week, July 21-25, so please send your response to Chris Austin with a copy to me (or just reply all to this email).

Thank you,

Amanda

Amanda L. Bruss, Esq.

**BRUSS LEGAL PLLC**

7550 E. 53rd Pl. #172464
Denver, CO 80217
Cell: 415.271.5754
www.brusslegal.com

> Begin forwarded message:
>
> **From:** ECF@wawd.uscourts.gov
> **Subject: Activity in Case 2:21-cv-01301-RSM Morisky v. MMAS Research LLC et al Minute Order**
> **Date:** July 16, 2025 at 12:30:29 PM MDT
> **To:** ECF@wawd.uscourts.gov
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
>
> **U.S. District Court**
>
> **United States District Court for the Western District of Washington**
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 7/16/2025 at 11:30 AM PDT and filed on 7/16/2025
>
> **Case Name:**        Morisky v. MMAS Research LLC et al
> **Case Number:**     2:21-cv-01301-RSM
> **Filer:**
> **Document Number:** 279
>
> **Docket Text:**
> **MINUTE ORDER entered at the direction of Judge Ricardo S. Martinez. In order to set a trial date and remaining pretrial deadlines, the Court directs the parties to submit a Joint Status Report no later than 7/25/2025.(LC)**
>
> **2:21-cv-01301-RSM Notice has been electronically mailed to:**
>
> Mark Lawrence Lorbiecki (Terminated)   mlorbiecki@williamskastner.com, mtokatjian@williamskastner.com
>
> William J Crowley    will@crowleylawoffices.com
>
> Tyler J Hermsen (Terminated)    thermsen@williamskastner.com, jsteward@williamskastner.com
>
> F Christopher Austin    chris@lextecnica.com, bshow@weidemiller.com, docket_las@swlaw.com, sbeasley@weidemiller.com, scarver@swlaw.com, weidemillerlaw@gmail.com
>
> Brett C Harris    brett@virgolawseattle.com, Serv603@LegalBrains.com
>
> Amanda Leigh Bruss    amanda@brusslegal.com, albruss@gmail.com
>
> Patricia Ray    raypatricia@yahoo.com

Ronald D Coleman    rcoleman@colemanlaw-pc.com, 1205909420@filings.docketbird.com

**2:21-cv-01301-RSM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=7/16/2025] [FileNumber=10425741-
0] [6c3cbceec190c76f8bb25f75d3efad69ccc9a323f7aa1353735be1c103c15b376a
e17a34793fef6c564d869e0a87c6e3883613e79d25fd9f87054734afee040d]]

Morisky v. MMAS Joint Status Report.7.17.25.docx    
70 KB

**From:** **Patricia ray** raypatricia@yahoo.com 
**Subject:** Fw: Draft f email re status report
**Date:** July 19, 2025 at 5:59 PM
**To:** F. Christopher Austin caustin@weidemiller.com, Amanda Bruss amanda@brusslegal.com
**Cc:** Brett Harris breth@viewridgelaw.com

Dear Amanda andChristopher
Attached is Defendants status report. Please send  us Plaintiffs final status report and we will file them as a joint submission.

Regards
Patricia

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

 Draft Status Report.pdf

**From:** **Patricia ray** raypatricia@yahoo.com 
**Subject:** status report
**Date:** July 23, 2025 at 10:39 AM
**To:** F. Christopher Austin caustin@weidemiller.com

Dear Christopher

I have received no response from you concerning my communication on July 19 which provided MMAS draft for the status report. It is due to be sent to the Court by July 25. Please confirm that you have received it.

Regards

Patricia

On Saturday, July 19, 2025, 5:58 PM, Patricia ray <raypatricia@yahoo.com> wrote:

Dear Amanda and Christopher

Attached is Defendants status report. Please send us Plaintiffs final status report and we will file them as a joint submission.

Regards
Patricia

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.


**Draft Status Report.pdf**
137 KB

**From:** Chris Austin Chris@lextecnica.com 📎
**Subject:** Re: Case 2:21-cv-01301-RSM Morisky v. MMAS Research LLC et al Minute Order: draft joint statement
**Date:** July 23, 2025 at 1:07 PM
**To:** Patricia ray raypatricia@yahoo.com, brett@virgolawseattle.com, rcoleman@colemanlaw-pc.com
**Cc:** Will Crowley Will@crowleylawoffices.com, Amanda Bruss amanda@brusslegal.com, Angeli Gozon angeli@lextecnica.com, Scott Whitworth Scott@lextecnica.com

CA

Counsel:

I have received information Ms. Ray sent in response to Ms. Bruss' email below (albeit delayed as it was improperly sent to my former firm email address instead of the one provided by Ms. Bruss). We are preparing a joint statement incorporating your information that we will submit to the court. As it appears there are disputes regarding the report. Please let me know your availability to meet and confer regarding the same this Thursday after 10 AM Pacific and we will route a Zoom link or call in number.

**NOTE: Please update my contact information to send email correspondence to my current firm: chris@lextecnica.com.**

I am not monitoring (and in short order will not have access to) my former email address (austinc@weidemiller.com), as that firm has closed, and I do not have control over its server. As a standard practice we request you "Reply All" to all correspondence received from my office or from Amanda Bruss.

**F. Christopher Austin** | Partner
Lex Tecnica, Ltd.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
702.610.9094
chris@lextecnica.com | www.lextecnica.com



**Confidentiality Notice:** This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.



**From:** Amanda Bruss <amanda@brusslegal.com>
**Date:** Thursday, July 17, 2025 at 1:51 PM
**To:** Patricia ray <raypatricia@yahoo.com>, brett@virgolawseattle.com <brett@virgolawseattle.com>, rcoleman@colemanlaw-pc.com <rcoleman@colemanlaw-pc.com>
**Cc:** Chris Austin <Chris@lextecnica.com>, Will Crowley

**CC:** Chris Austin <Chris@textechnica.com> , Will Crowley
<Will@crowleylawoffices.com>
**Subject:** Case 2:21-cv-01301-RSM Morisky v. MMAS Research LLC et al Minute
Order: draft joint statement

Dear counsel,

Pursuant to the Court's order below, we've prepared the attached proposed joint
statement for your review and input.  We are in the process of putting together our
dates for the chart identifying conflicts.  Please send us your input regarding trial
readiness, trial duration, and your information regarding scheduling conflicts on or
before July 22 so that we can resolve any potential disputes and finalize a joint
statement for filing.

Please note, I will be out of office and unavailable all of next week, July 21-25, so
please send your response to Chris Austin with a copy to me (or just reply all to this
email).

Thank you,

Amanda
Amanda L. Bruss, Esq.
**Bruss Legal PLLC**
7550 E. 53rd Pl. #172464
Denver, CO 80217
Cell: 415.271.5754
www.brusslegal.com


Begin forwarded message:

**From:** ECF@wawd.uscourts.gov
**Subject: Activity in Case 2:21-cv-01301-RSM Morisky v. MMAS
Research LLC et al Minute Order**
**Date:** July 16, 2025 at 12:30:29 PM MDT
**To:** ECF@wawd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail
because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of
record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To
avoid later charges, download a copy of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**United States District Court for the Western District of Washington**

## Notice of Electronic Filing

The following transaction was entered on 7/16/2025 at 11:30 AM PDT
and filed on 7/16/2025

**Case Name:**        Morisky v. MMAS Research LLC et al
**Case Number:**     2:21-cv-01301-RSM
**Filer:**
**Document Number:** 279

Docket Text:
MINUTE ORDER entered at the direction of Judge Ricardo S. Martinez. In order to set a trial date and remaining
pretrial deadlines, the Court directs the parties to submit a Joint Status Report no later than 7/25/2025.(LC)

## 2:21-cv-01301-RSM Notice has been electronically mailed to:

Mark Lawrence Lorbiecki (Terminated)
mlorbiecki@williamskastner.com, mtokatjian@williamskastner.com

William J Crowley       will@crowleylawoffices.com

Tyler J Hermsen (Terminated)      thermsen@williamskastner.com,
jsteward@williamskastner.com

F Christopher Austin      chris@lextecnica.com, bshow@weidemiller.com,
docket_las@swlaw.com, sbeasley@weidemiller.com,
scarver@swlaw.com, weidemillerlaw@gmail.com

Brett C Harris      brett@virgolawseattle.com, Serv603@LegalBrains.com

Amanda Leigh Bruss      amanda@brusslegal.com, albruss@gmail.com

Patricia Ray      raypatricia@yahoo.com

Ronald D Coleman      rcoleman@colemanlaw-pc.com,
1205909420@filings.docketbird.com

## 2:21-cv-01301-RSM Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=7/16/2025]
[FileNumber=10425741-
0]
[6c3cbceec190c76f8bb25f75d3efad69ccc9a323f7aa1353735be1c103c1
5b376a
e17a34793fef6c564d869e0a87c6e3883613e79d25fd9f87054734afee04
0d]]

**From:** **Patricia ray** raypatricia@yahoo.com
**Subject:** status report
**Date:** July 23, 2025 at 8:28 PM
**To:** F. Christopher Austin chris@lextecnica.com, Amanda Bruss amanda@brusslegal.com
**Cc:** Brett Harris breth@viewridgelaw.com, Ronald Coleman rcoleman@colemanlaw-pc.com



Dear Christopher and Amanda

Late this afternoon I received your response to my email communication of Saturday
July 19 requesting Plaintiffs version of the status report. And my additional reminder
today.
Due to past breaches of trust -particularly with previous status reports and other
misrepresentations to the Court-MMAS will resist a suggestion that Plaintiff handle
the filing.
Accordingly MMAS submit a status report  on July 25, 2025, as specified by the Court.
 Please  provide Plaintiff's final draft status report by 12pm Seattle time, and  we will
file them together as a joint status report.

Regards
Patricia Ray, Attorney for MMAS Research LLC.


Begin forwarded message:

On Wednesday, July 23, 2025, 10:39 AM, Patricia ray
<raypatricia@yahoo.com> wrote:

> Dear Christopher
>
>
> I have received no response from you concerning my
>  communication on July 19 which provided MMAS draft for the
> status report.  It is due to be sent to the Court by July 25.
>  Please confirm that you have received it.
>
>
> Regards
>
>
> Patricia
>
>
>
>
> On Saturday, July 19, 2025, 5:58 PM, Patricia ray
> <raypatricia@yahoo.com> wrote:
>
>> Dear Amanda andChristopher
>> Attached is Defendants status report. Please send  us Plaintiffs final status report
>> and we will file them as a joint submission.
>>
>> Regards
>> Patricia

<Draft Status Report.pdf>

**From:** **Patricia ray** raypatricia@yahoo.com
**Subject:** Status report
**Date:** July 24, 2025 at 3:27 PM
**To:** F. Christopher Austin chris@lextecnica.com, Amanda Bruss amanda@brusslegal.com



> 
> Dear Christopher and Amanda
> I just received a voice mail from you concerning dates of unavailability. We do not have any such dates.
> If you are implying that we will negotiate and agree on a schedule, we submitted our proposed schedule to you and Amanda on July 19 in an email requesting your schedule. At this late date the time has run out for merging into a joint plan and filing separately is the only option
> Regards
> Patricia
> 
>