UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Donald Morisky,<br><br>    Plaintiff,<br><br>v.<br><br>MMAS Research LLC, et al.,<br><br>    Defendants. | NO. 2:21-CV-01301<br><br>**MOTION IN LIMINE TO PERMIT EVIDENCE OF MMAS OWNERSHIP**<br><br>NOTE ON MOTION CALENDAR: October 17, 2025 |

## I.     INTRODUCTION

Defendants ask the Court to admit key evidence to affect a fair trial that includes evidence of MMAS ownership of the software it is accused of infringing. Specifically, this Motion concerns indisputable evidence that the Morisky Widget MMAS-8 and MMAS-4 were jointly developed by Plaintiff Donald Morisky and Defendant Steve Trubow, granting both authors joint ownership under Section 201(a) of the Copyright Act (17 USC Section 201a) and under the Washington's Uniform Trade Secrets Act (UTSA).

Since Donald Morisky gave up his 50% share of the Morisky Widget

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

copyright in June 2019, Defendant has retained sole ownership and licensing rights over the Morisky Widget MMAS-4 and MMAS-8 copyright, while sharing the MMAS-4 and MMAS-8 trade secret scoring and coding intellectual property with Donald Morisky.

## II. BACKGROUND

The development of the Morisky Widget began when the Plaintiff Morisky, a Public Health Professor at UCLA and Defendant Trubow, a former Apple Computer Inc. Software Engineer and United States Department of Defense contractor combined their respective works.

Plaintiff Morisky contributed his paper Morisky Medication Adherence Scales 4&8 and Defendant Trubow contributed his predictive analytic risk assessment software. Exhibit 1
Both Morisky and Trubow's original works were combined to create the Morisky Widget shown below.

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

[Screenshot of Morisky Widget assessment interface showing:
Assessment: daff5d6c-fc3e-4ac3-a499-3f6f06ee32f3
Patient: UCSD
Created by strubow on 2020-02-06T18:21:11.444Z

Physical Measurements
BP: 167/103    LDL: 223

Results
mmas-8-hyperlipidemia-repatha: 3.5 (Intentional: 3 Unintentional: 0.5) View Answers
[Low Adherance — X marker — High Adherance]

mmas-8-hypertension: 3.5 (Intentional: 3 Unintentional: 0.5) View Answers
[Low Adherance — X marker — High Adherance]

mmas-8-chronic-disease-polypharmacy: 2.5 (Intentional: 2 Unintentional: 0.5) View Answers
[Low Adherance — X marker — High Adherance]

CUDOS: 52 View Answers
0 —————————————— X —— 72]

The Morisky Widget MMAS-8/4 shown above is night and day different than Morisky's original works.

The paper MMAS-4 and MMAS-8 were four and eight static questions that produced a single score of raw medication adherence for a generic health condition. The MMAS-8 score was a single number between 0-8 and the MMAS-4 score was a number between 0-4.

The Morisky Widget MMAS-8/4 were four and eight dynamic medication and condition specific questions, that produced three scores, one for raw adherence, one for intentional non-adherence and one for unintentional non-adherence as shown above.

The Morisky Widget features a test editor that allows the user to convert the original MMAS-8/4 static questions that have low specificity and sensitivity to dynamic medication and or condition specific question with much higher

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

specificity and higher sensitivity in near real time in over 80 languages. See the Morisky Widget test editor below.



More importantly there were significant medical differences between the original MMAS-4, MMAS-8 and the Morisky Widget, While the MMAS-4 and MMAS-8 were simply a measure of medication adherence, the Morisky Widget was a diagnostic assessment of medication behaviors that not only measured medication adherence, but more importantly **identified why the patient was not taking their medication and the risk of adverse events to their health.**

Plaintiff Morisky and Defendant formalized their joint ownership of the Morisky Widget, in December 2016, forming Washington LLC, MMAS Research LLC, owned 50% by the Plaintiff and 50% by the Defendant.

Beginning in January 2017 and lasting until Plaintiff Morisky voluntarily withdrew from MMAS Research LLC and gave up his 50% ownership in the Morisky Widget in June 2019, Morisky stopped issuing licenses for his original works the MMAS-8 and MMAS-4, for scientific and medical reasons. Exhibit 2

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

The joint ownership of the Morisky Widget only changed in June 2019 when Donald Morisky notified MMAS Research and the Washington Secretary of State that he voluntarily withdrew from MMAS Research LLC and gave up his 50% share of the Morisky Widget. Exhibit 3

At that juncture, as established by Section 201 (a) of the Copyright Act, Plaintiff Morisky transferred his copyright interest in the jointly owned Morisky Widget to Defendant MMAS Research LLC See Exhibit Dons resignation letter.

Following almost two years of litigation in Washington and Nevada, the parties entered into the CR2A Settlement Agreement which dismissed all previous lawsuits and claims with prejudice. Exhibit 4

On March 13, 2024, the Ninth Circuit Court of Appeals issued a Memorandum stating that the CR2ASettlement Agreement was never finalized and does not grant Plaintiff ownership of the Morisky Widget. Exhibit 5

**The Instant Request**

The Court is hereby requested to permit presentation evidence that establishes Defendant's ownership rights to the Morisky Widget from its creation date. This will facilitate Defendants' presentation of their defense against causes of actions that repeatedly state the Defendant illegally registered the Morisky Widget copyright and licensed it. Therefore, Defendants herewith move the Court to admit ownership evidence and to allow Defendants to use this evidence at trial to prove that Defendants did not infringe on their own copyright.

### III. LEGAL STANDARD

The legal standard that applies to this matter is that Copyright ownership initially vests in the author or authors of the work. *17 U.S.C. §*

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

*201(a)*. The creators of a **joint work** are, by right, co-owners of the copyright in that work." Co-owners of a copyrighted work are treated as tenants in common, "each owning a share of the undivided whole." *Sybersound Records, Inc. v. UAV Corp.*, 517 F.3d 1137, 1145 (9th Cir. 2008) (citing H.R. Rep. No. 94-1476, at 121 (1976)). Each co-owner has an independent right to use and exploit the copyright and, therefore, cannot be liable to the other co-owners for infringement. *See Sybersound*, 517 F.3d at 1145; *see Corbello v. DeVito*, 777 F.3d 1058, 1066 (9th Cir. 2015).

Section 201(a) of the United States Copyright Act established co-ownership of copyright in the joint work, the Morisky Widget. Under this provision, Morisky and Plaintiff had an undivided interest in the Morisky Widget, each having the right to license non-exclusive uses of the Morisky Widget and to transfer their individual ownership interests. https://www.copyright.gov/title17/92chap2.html#:~:text=201.,-Ownership%20of%20copyright&text=(a)%20Initial%20Ownership.,of%20copyright%20in%20the%20work.

Under the Washington's Uniform Trade Secrets Act (UTSA) Donald Morisky and MMAS Research share Morisky Widget, MMAS-8 and MMAS-4 trade secret scoring and coding criteria because both of them are in lawful possession of the trade secrets.

In a Fourth Circuit opinion, the Court wrote that a party asserting misappropriation under the Maryland Uniform Trade Secrets Act need only demonstrate lawful possession of a trade secret, and not "ownership in its traditional sense." *DTM Research, LLC v. AT&T Corp.*, 245 F.3d 327, 333 (4th Cir. 2001).

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

## IV. ARGUMENT

This Motion requests that Defendant be permitted to present evidence of ownership emanated from co creation of the Morisky Widget and legal standing for their possession of MMAS-4, MMAS-8 and Morisky Widget trade secrets.

Courts in this circuit regularly recognize coauthors' rights under Section 201a of the Copyright Act. Most recently, in *Tempo Music Investments v. Cyrus* (2025), Miley Cyrus faced an infringement claim over "When I Was Your Man," cowritten and jointly owned by Bruno Mars, Philip Lawrence, Ari Levine, and Andrew Wyatt. The coauthors may be sued for infringement but cannot sue one another, as each holds full ownership. There was no issue that Bruno Mars and his co authors could sue for infringement against an outsider, but not against each other.

Similarly, in this case, Defendants share joint authorship, much like Bruno Mars and his coauthors. Unlike the case against Miley Cyrus, Trubow co created and co-owns the work. *Tempo Music Invs., LLC v. Cyrus*, California Central District Court, March 18, 2025, 2025 U.S. Dist. LEXIS 4947.

In sum, this case should allow Defendants to use evidence of ownership of the Morisky Widget as stemming under Section 201a and Defendants possession of MMAS-4, MMAS-8 and Morisky Widget trade secrets as stemming from the Washington Uniform Trade Secrets Act in their defense.

## V. CONCLUSION

Defendants request that this Motion be granted to allow for presentation of evidence of Defendants ownership of the MMAS-8 and the Morisky Widget.

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

Respectfully submitted this 17th day of October, 2025.

s/Patricia Ray
Patricia Ray
Pennsylvania Bar # 31989
The Law Office of Patricia Ray
1317 Nettles Boulevard
Jensen Beach, Florida 34957
Telephone: 215-908-6810
raypatricia@yahoo.com

s/ Brett Harris
Brett Harris, WSBA #55680
VIRGO LAW LLC
119 1st Ave. S., Ste. 310
Seattle, WA 98104
Telephone: (206) 569-8418
Brett@virgolawseattle.com

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

DATED: October 17, 2025

/s/ Brett Harris

MOTION IN LIMINE TO PERMIT
EVIDENCE OF MMAS OWNERSHIP - 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418