THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY,<br><br>  Plaintiff,<br><br>  v.<br><br>MMAS RESEARCH LLC, a Washington limited liability company, et al.,<br><br>  Defendants. | NO. 2:21-CV-01301-RSM<br><br>**PROPOSED ORDER FOR SANCTIONS AGAINST PLAINTIFF DUE TO FAILURE TO SERVE PRETRIAL DISCLOSURES** |

This matter comes before the Court on Defendants' Motion for Sanctions for Plaintiff's Failure to Serve Rule 26(a)(3) Pretrial Disclosures. Having considered the Motion, any opposition and reply, the pleadings and record in this case, and being fully advised, the Court finds that Plaintiff has failed to comply with Federal Rule of Civil Procedure 26(a)(3), Western District of Washington Local Civil Rule 16(h), and the Court's Order Setting Trial Date and Related Dates (ECF 292), which established firm pretrial deadlines leading to the March 2, 2026 jury trial. The Court

further finds that Plaintiff's failure to serve required disclosures has persisted despite notice of the Court's firm schedule and has occurred alongside continued filings and motion practice rather than timely compliance.

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff is precluded from using in connection with this case—including on motions, at hearings, or at trial—any witness, deposition testimony, exhibit, or other evidence that was not timely and properly disclosed as required by Rule 26(a)(3), LCR 16(h), and the Court's Scheduling Order, and any such untimely pretrial disclosure materials are hereby stricken or will be disregarded by the Court.

The Court further awards Defendants their reasonable attorneys' fees and costs incurred in bringing the Motion, in an amount to be determined upon submission of appropriate documentation, and grants such further relief as may be necessary to enforce this Order, the Local Civil Rules, and the Court's trial schedule, including the preservation of the March 2, 2026 trial date.

DATED this ___ day of _____, 2026.

_____
HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR SANCTIONS - 2

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418