**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

DONALD MORISKY

        Plaintiff,

   v.

MMAS RESEARCH, LLC, et al.,

        Defendants.

CASE NO. 2-21-CV-1301

**DECLARATION OF PATRICIA RAY**

I, Patricia Ray, declare as follows:

I am the Defendant's Counsel in the above-captioned matter. I have personal knowledge of the facts set forth herein.

**I. Production of Unredacted Morisky Widget Source Code**

1.    Attached hereto as <u>Exhibit 1</u> is the File Mail transmission record confirming that the "Morisky Code Dump" was delivered to Defendant on or about May 23, 2023, while Defendant and I were at a deposition in Las Vegas with Plaintiff's Counsel Chris Austin.

2.    Attached hereto as <u>Exhibit 2</u> are text messages sent from the deposition in Las Vegas on or about May 23, 2026 where Plaintiff's Counsel, Austin, confirmed receipt of the code on May 23, 2023, stating: "Yes. Got it." and requesting that Dustin Machi convert the Morisky Widget Source code into PDF's which Dustin Machi said he could not do.

DECLARATION OF PATRICIA RAY - 1

## II. Witnessing the Discrepancy in Plaintiff's Claims

3.    I attended the Las Vegas Deposition in May 2023 and witnessed Plaintiff's Counsel Austin examining the unredacted Morisky Widget Source code supplied by Dustin Machi. I was present when Counsel Austin was discussing with the Defendant and Mr. Machi how to open and read the unredacted Morisky Widget Source code.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the Transcript of the May 31, 2024, hearing (Dkt. 245).

5.    I participated in the Court's May 31, 2024 hearing. I heard Plaintiff's Counsel Austin say to the Court, "All I know is that what we received -- the very last thing we received was finally a copy of the source code, which we couldn't read. And then ultimately we were able to get a copy of that that was unredacted that we could have our expert review." Exhibit 3 p.10.

6.    Based on this admission, it is my understanding that the Plaintiff's previous claims of non-production of the unredacted Morisky Widget Source Code—which were used to seek terminal sanctions against the Defendants—are directly contradicted by their own Counsel's statements on the record.

Dated: April 2, 2026                               /s/Patricia Ray
                                                   Patricia Ray, Affiant

DECLARATION OF PATRICIA RAY - 2