# EXHIBIT 1



To: trubow1@gmail.com
From: dmachi@hapticscience.com

## Morisky Code Dump

**Download File**

1 file, 25.44 MB - Files will be deleted on Tuesday, May 30, 2023

Share via https://www.filemail.com/t/BWyl1HFf