The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

DONALD E. MORISKY, an individual,

Plaintiff,

v.

MMAS RESEARCH, LLC, a Washington limited liability company, et al.,

Defendants.

Case No.: 2:21-cv-01301-RSM-DWC

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Donald E. Morisky respectfully moves this Court for leave to file a reply of no more than eight (8) pages within fourteen (14) days of the date of this Order granting leave, in response to Defendants' Response to the Court's Order to Show Cause (Dkt. #320).

I.      **BACKGROUND**

On March 26, 2026, the Court issued a sua sponte Order to Show Cause directing Defendants to show cause why default should not be entered against them. Dkt. #319. The Court limited Defendants' response to eight (8) pages, set a filing deadline of April 10, 2026, and stated that it "will not address anything further in this matter until after ruling on Defendants' response." *Id.* The OSC did not provide for a reply by Plaintiff.

Defendants filed their Response on April 2, 2026. Dkt. 320. The Response is nine pages and raises several false factual assertions and prior rejected and or waived legal arguments, including: (1) a false claim that Plaintiff's counsel committed "fraud on the court" by misrepresenting that Defendants had not produced the unredacted Widget source code when Plaintiff's complaint was Defendants refusal to ever produce an unredacted copy of the Widget Copyright Deposit, not an unredacted copy of the Code itself[1]; (2) a meritless argument that a 2023 finding of "no bad faith" (Dkt. #195) constitutes law of the case that forecloses entry of default; (3) an untimely and meritless due process challenge to the Court's 2024 sanction orders; and (4) untimely, waived, and meritless arguments concerning standing and copyrightability that this Court has already considered and rejected.

## II.   ARGUMENT

Leave to file a reply is appropriate for the following reasons:

First, Defendants' Response misrepresents factual matters that Plaintiff is best positioned to rebut.

Second, several of Defendants' legal arguments are demonstrably incorrect and, left unaddressed, may create unnecessary analytical burden for the Court. For example, Defendants' reliance on the "law of the case" doctrine misconstrues the Magistrate Judge's prior ruling at Dkt. #273, which declined terminating sanctions under different factual circumstances and expressly warned that further delay tactics by Defendants could result in additional sanctions. *Id.* at 8. Defendants' standing and copyrightability arguments are not threshold jurisdictional defenses to the OSC, but foreclosed substantive trial defenses. *See,* Dkts. #255 and #257.

Finally, a brief reply is proportionate and consistent with the Court's management of this proceeding. Plaintiff requests only eight (8) pages identical to the limit the Court imposed

---

[1] The Widget Copyright Deposit allegedly contained the "first" and "last" 25 pages of Code. However, because the Code is comprised of dozens of discrete folders, sub-folders and likely hundreds of separate files comprising hundreds if not thousands of pages of Code, it is not possible to identify which of those files Defendants deemed the "first" or "last" page or line of Code. Further, because the Copyright Deposit is redacted and lacks any identifiable filename that matches any filename of the disclosed Code files, absent an unredacted copy of the Deposit which was never produced, Plaintiff could not reasonably assess what part if any of the Code can be claimed as the subject of Widget Copyright registration.

LEX TECNICA
LTD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5535

on Defendants and fourteen (14) days to file. This schedule will not cause undue delay or prejudice to any party.

**III.    CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order granting Plaintiff leave to file a reply of no more than eight (8) pages within fourteen (14) days of the date of such order.

DATED: April 6, 2026.

s/ William J. Crowley
William J. Crowley, WSBA No. 18499
CROWLEY LAW OFFICES, P.S.
600 University Street Suite 1901
Seattle, WA 98101
Tel. (206) 224-7069
will@crowleylawoffices.com

F. Christopher Austin, Esq.
*Pro Hac Vice* (Nevada Bar No. 6559)
Scott T. Whitworth, Esq.
*Pro Hac Vice* (Nevada Bar No. 15671)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
scott@lextecnica.com

Amanda L. Bruss
BRUSS LEGAL PLLC
7550 E. 53rd Place #172464
Denver, CO 80217

*Attorneys for Plaintiff*

LEX TECNICA LTD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5535

## CERTIFICATE OF COMPLIANCE

I certify that this memorandum contains <u>578</u> words, in compliance with the Local Civil Rules.

<u>s/ F. Christopher Austin</u>
F. Christopher Austin, Esq.
*Pro Hac Vice* (Nevada Bar No. 6559)
Scott T. Whitworth, Esq.
*Pro Hac Vice* (Nevada Bar No. 15671)
LEX TECNICA, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
scott@lextecnica.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I caused a true and correct copy of the foregoing to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

<u>/s/ Brianna Show</u>
An employee of LEX TECNICA, LTD.

PLAINTIFF'S MOTION FOR LEAVE
Case No. 2:21-cv-01301-DWC

4

LEX TECNICA LTD.
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145