UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD E. MORISKY,

Plaintiff,

v.

MMAS RESEARCH, LLC, *et al.*,

Defendants.

Case No. C21-1301-RSM

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE
OVER-LENGTH MOTION FOR
DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Leave to File Over-Length Motion for Default Judgment (Dkt. 327). Having reviewed the Motion, the record, and the relevant authority, the Court finds good cause to grant the Motion.

Accordingly, the Court hereby finds and ORDERS that Plaintiff's Motion for Leave to File Over-Length Motion for Default Judgment, Dkt. #327, is GRANTED. Plaintiff's Motion for Default Judgment may not exceed 7,500 words. Pursuant to LCR 7(f)(4), any brief in opposition shall be allowed an equal number of words beyond the standard limit, and any reply brief shall not exceed one-half the total length of the brief filed in opposition.

DATED this 4th day of June, 2026.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO
FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT - 1