The Honorable Ricardo S. Martinez

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD E. MORISKY, an individual,<br><br>    Plaintiff,<br>    v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-01301-RSM-DWC<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT**<br><br>Noting Date: June 4, 2026 |

Plaintiff Donald E. Morisky respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a two-judicial-day extension of the deadline to file his Motion for Default Judgment, from June 5, 2026 to June 9, 2026. This motion is made before the expiration of the current deadline. No prior extensions have been requested. Given the pressing deadline, this motion is noted for same-day consideration. See LCR 7(d)(1).

## I.    BACKGROUND

On April 21, 2026, this Court ordered Plaintiff to file a motion for default judgment no later than June 5, 2026. (Dkt. 324 at 5.) Default was entered against all Defendants on April 22, 2026.

---

(Dkt. 325.) On June 4, 2026, the Court granted Plaintiff's Motion for Leave to File an Overlength Brief (Dkt. 329), recognizing the complexity of the briefing required.

## II.    LEGAL STANDARD

Under Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

"Good cause" under Rule 6(b)(1) "is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). Rule 6(b)(1), "like all the Federal Rules of Civil Procedure, '[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits.'" *Id.* (quoting *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir. 1983)). Requests for extensions made before the deadline has passed "should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Id.* (quoting 4B Wright & Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)). As previously found by this Court, extension under Rule 6(b)(1)(A) are appropriate even where the stated reasons were less than compelling, so long as no prejudice to the opposing party was shown. *See Harris v. Skanska USA Building Inc.*, No. 2:22-cv-00555-RSM, Dkt. 83, at 2 (W.D. Wash. Mar. 4, 2024).

## III.    GOOD CAUSE EXISTS FOR A BRIEF EXTENSION

### A.    Complexity of the Motion

As this Court recognized in granting leave to file an overlength brief (Dkt. 329), the Motion for Default Judgment presents complex issues of liability and damages spanning multiple claims against five defaulting Defendants. Plaintiff promptly commenced preparation of the motion weeks ago, which has required significant research regarding the legal theories supporting each claim and the means of proving damages on default. Declaration of F. Christopher Austin (Austin Decl.), ¶ 2, filed herewith.

### B.    Logistical Challenges

The motion seeks recovery of attorney's fees and costs incurred across more than five years of litigation. Austin Decl., ¶ 5. The fee record encompasses approximately 160 invoices from three

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

law firms (Weide & Miller, Ltd., Lex Tecnica, and Bruss Legal) not including local counsel. Austin Decl., ¶ 5. In addition, because Plaintiff is entitled to recover fees incurred in connection with Defendants' breach of the CR2A agreement, including fees incurred in defending against ten related actions filed by Defendants in various other federal district court, and specifically two filed against Plaintiff, his family members, and his counsel in the District of Massachusetts and the Central District of California, the scope of recoverable fees extends beyond this action alone. Austin Decl., ¶ 6.

Despite diligent efforts commenced weeks ago, assembling these materials and securing declarations from all billers has presented logistical difficulties. Austin Decl., ¶ 7. Weide & Miller ceased formal operations on December 31, 2024. Austin Decl., ¶ 6. Although Plaintiff promptly sought Weide & Miller's billing records, electronic versions were unavailable, and Plaintiff only recently received PDF copies of the four years of invoices requiring manual review and redaction. Austin Decl., ¶ 6.

### C.    No Prejudice and Good Cause

The requested extension is minimal: two judicial days. No party is prejudiced by this brief extension. To the contrary, allowing Plaintiff to file a complete motion avoids supplemental or amended filings that would consume additional judicial resources. Accordingly, there is good cause for the requested two judicial day extension.

### IV.    CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadline to file the Motion for Default Judgment from June 5, 2026 to June 9, 2026.

DATED: June 4, 2026.

s/ William J. Crowley
William J. Crowley, WSBA No. 18499
CROWLEY LAW OFFICES, P.S.
600 University Street Suite 1901
Seattle, WA 98101
Tel. (206) 224-7069
will@crowleylawoffices.com

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
Case No. 2:21-cv-01301-RSM-DWC

3

LEX TECNICA
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

F. Christopher Austin, Esq.
*Pro Hac Vice* (Nevada Bar No. 6559)
Scott T. Whitworth, Esq.
*Pro Hac Vice* (Nevada Bar No. 15671)
LEX TECNICA
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
scott@lextecnica.com

Amanda L. Bruss
BRUSS LEGAL PLLC
7550 E. 53rd Place #172464
Denver, CO 80217

*Attorneys for Plaintiff*

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 4, 2026, I caused a true and correct copy of the foregoing to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

/s/  Brianna Show
An employee of LEX TECNICA

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada, 89145
(725) 239-8413