UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD E. MORISKY,

                Plaintiff,

      v.

MMAS RESEARCH, LLC, *et al.*,

                Defendants.

Case No. C21-1301-RSM

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR
DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Extension of Time to file Plaintiff's Motion for Default Judgment. Dkt. #330. On April 21, 2026, the Court entered default against Defendants and directed Plaintiff to file a default judgment motion no later than June 5, 2026. Dkt. #324. On June 2, 2026, Plaintiff moved to file an over-length default judgment motion due to the complexity of this case, which the Court granted on June 4, 2026. Dkts. #327 and #329.

In the instant Motion, Plaintiff requests "a two-judicial-day extension" of the deadline to file his default judgment motion – from today, June 5, to June 9, 2026. Dkt. #330 at 1. Plaintiff contends that (1) the "complex issues of liability and damages spanning multiple claims against five defaulting Defendants[,]" (2) logistical challenges over the last several weeks in attempting to procure billing record materials and declarations, (3) no prejudice due to the short time

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT - 1

requested, and (4) Plaintiff's "to file a complete motion [and] avoid[] supplemental or amended filings" with the requested new deadline provides good cause for the extension. *Id*. at 2-3.

When a district court specifies a specific time that a party must act, "the court may, for good cause, extend the time" (1) "with or without a motion" if the act is before the original deadline or (2) on a party's motion after time has expired but excusable neglect is shown. Fed. R. Civ. P. 6(b)(1)(A)-(B). "A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," LCR 7(j), and a motion for relief should be granted where "good cause" exists. *See Allstate Indem. Co. v. Lindquist*, No. C20-1508-JLR, 2022 WL 1443676, at *2 (W.D. Wash. May 6, 2022). Given all of the above, the Court finds good cause to grant Plaintiffs' Motion.

Accordingly, having considered the instant Motion and remainder of the record, the Court hereby finds and ORDERS that Plaintiffs' Motion for Extension of Time to File Motion for Default Judgment, Dkt. #330, is GRANTED.

DATED this 5th day of June, 2026.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT - 2