The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| DONALD E. MORISKY, an individual,<br><br>　　　　　　Plaintiff,<br>　　　v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-01301-RSM-DWC<br><br>**NOTICE OF FILING [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DKT. 332)**<br><br>Noting Date: July 1, 2026 |

Pursuant to Local Civil Rule 7(b)(1), Plaintiff Donald E. Morisky, Ph.D., through undersigned counsel, respectfully submits herewith the attached [Proposed] Order Granting Plaintiff's Motion for Default Judgment in connection with Plaintiff's Motion for Default Judgment (Dkt. 332), noted for July 1, 2026.

DATED: June 17, 2026.

*s/ William J. Crowley*
William J. Crowley, WSBA No. 18499
CROWLEY LAW OFFICES, P.S.
600 University Street Suite 1901
Seattle, WA 98101
Tel. (206) 224-7069

PLAINTIFF'S NOTICE OF FILING
[PROPOSED] ORDER
Case No. 2:21-cv-01301-RSM-DWC

1

LEX TECNICA
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

will@crowleylawoffices.com

F. Christopher Austin, Esq.
*Pro Hac Vice* (Nevada Bar No. 6559)
Scott T. Whitworth, Esq.
*Pro Hac Vice* (Nevada Bar No. 15671)
LEX TECNICA
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
scott@lextecnica.com

Amanda L. Bruss
BRUSS LEGAL PLLC
7550 E. 53rd Place #172464
Denver, CO 80217

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF FILING
[PROPOSED] ORDER
Case No. 2:21-cv-01301-RSM-DWC

2

LEX TECNICA
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I caused a true and correct copy of the foregoing to be filed via the cm/ecf system, which will serve a notice of electronic filing to all counsel of record.

/s/ Brianna Show
An employee of LEX TECNICA

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

PLAINTIFF'S NOTICE OF FILING
[PROPOSED] ORDER
Case No. 2:21-cv-01301-RSM-DWC

3

LEX TECNICA
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145