**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| DONALD E. MORISKY,<br><br>            Plaintiff,<br><br>      v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, STEVEN TRUBOW, an individual, *et al.*,<br><br>            Defendants. | Case No. 2:21-cv-01301-RSM-DWC<br><br>**DECLARATION OF RONALD D. COLEMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>NOTING DATE: July 1, 2026<br><br>The Honorable Ricardo S. Martinez |

I, Ronald D. Coleman, declare as follows:

1.      I am an attorney admitted in the states of New York and New Jersey also admitted *pro hac vice* in this action as counsel for Defendants MMAS Research, LLC and Steven Trubow. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

DECLARATION OF RONALD D. COLEMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT- 1

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

2.    I have personal responsibility for the trademark-related matters described below, including the retrieval and review of United States Patent and Trademark Office ("USPTO") records concerning U.S. Trademark Registration No. 5,837,273 for the mark MMAS.

3.    Attached as **Exhibit 1** is a true and correct copy of the USPTO trademark record for Registration No. 5,837,273, which I retrieved from tmsearch.uspto.gov on June 17, 2026.

4.    The USPTO records reflect that Registration No. 5,837,273 was cancelled on March 6, 2026, for failure to file the declaration of use required under Section 8 of the Lanham Act, 15 U.S.C. § 1058.

5.    Attached as **Exhibit 2** is a true and correct copy of the petition to reinstate Registration No. 5,837,273, filed with the USPTO on June 15, 2026.

6.    Attached as **Exhibit 3** is a compilation of true and correct copies of the following filings and orders, each retrieved from the court's CM/ECF or PACER system in the action or appeal indicated:

(a)    Dkt. 156 — Plaintiff's Motion for Sanctions, Attorneys' Fees and Costs for Defendants' Failure to Appear at May 30 and 31, 2023 Depositions (W.D. Wash. No. 2:21-cv-01301-RSM-DWC), filed July

DECLARATION OF RONALD D. COLEMAN IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 2

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

13, 2023;

(b)    Dkt. 255 — Report and Recommendation (W.D. Wash. No. 2:21-cv-01301-RSM-DWC), filed August 20, 2024;

(c)    Dkt. 257 — Order Adopting Report and Recommendation (W.D. Wash. No. 2:21-cv-01301-RSM), filed September 10, 2024;

(d)    Dkt. 328 — Order Denying Defendants' Motion for Reconsideration (W.D. Wash. No. 2:21-cv-01301-RSM), filed June 4, 2026;

(e)    Dkt. 336-1 — [Proposed] Order Granting Plaintiff's Motion for Default Judgment; Findings of Fact, Conclusions of Law, and Judgment (W.D. Wash. No. 2:21-cv-01301-RSM-DWC), filed June 17, 2026;

(f)    Dkt. 343 — Plaintiff's Opposition to Defendants' Motion to Stay Default Judgment Proceedings (W.D. Wash. No. 2:21-cv-01301-RSM-DWC), filed June 29, 2026;

(g)    Dkt Entry 25.1 — Defendants-Appellees' Reply in Support of Motion to Hold Appeal in Abeyance Pending Resolution of Motion for Default Judgment in Related Proceedings, or in the Alternative, for Extension of Time to File Answering Brief (U.S. Court of Appeals for the Ninth Circuit, No. 26-793), filed July 2, 2026; and

DECLARATION OF RONALD D. COLEMAN IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 3

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

(h)    DktEntry 44-1 — Memorandum, *MMAS Research, LLC v. The Charité*, No. 23-55202 (9th Cir.), filed March 13, 2024.

7.    Attached as **Exhibit 4** is a chart comparing statements made in Plaintiff's filings with the text of the orders and dispositions those filings cite. The quotations in the left column are accurately transcribed from the Plaintiff's filings identified in that column; the quotations in the right column are accurately transcribed from the documents attached as Exhibit 3. I have compared each quotation against its source.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of July, 2026, at Newark, New Jersey.

_____

Ronald D. Coleman

DECLARATION OF RONALD D. COLEMAN IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 4

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418