**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| DONALD E. MORISKY, | Case No. 2:21-cv-01301-RSM-DWC |
| Plaintiff, | |
| v. | **DECLARATION OF RODNEY WATKINS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| MMAS RESEARCH, LLC, a Washington limited liability company, STEVEN TRUBOW, an individual, *et al.*, | |
| Defendants. | |
| | NOTING DATE: July 21, 2026 |
| | The Honorable Ricardo S. Martinez |

I, RODNEY WATKINS, declare as follows:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration of my own personal knowledge.

2.    I am a Certified Public Accountant (CPA). I live and work in Coronado, California.

DECLARATION OF RODNEY WATKINS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT- 1

Virgo Law LLC
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

3.     I have served in the position of CPA for MMAS Research, LLC and Steven Trubow from June 2018 to the present.

4.     I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Default Judgment (Dkt. 332). The facts set forth below concern my accounting services for MMAS Research, LLC and Steven Trubow.

5.     To prepare this Declaration, I have reviewed the financial records in my possession, including the federal income tax returns I prepared or reviewed for MMAS Research, LLC and the bank records described below.

**Gross Receipts and Certification of Tax Returns**

6.     MMAS Research, LLC reports its income to the Internal Revenue Service on Form 1120-S. Based on the returns and supporting records in my possession, MMAS Research, LLC's annual gross receipts, across all of its accounts and activities for each respective year, were as follows:

   a.  2021: $115,500 (total gross receipts, Form 1120-S, line 1c);

   b.  2022: $205,441 (gross receipts under I.R.C. § 448(c), per the statement accompanying the Schedule K-1);

   c.  2023: $157,959 (total gross receipts, Form 1120-S, line 1c);

   d.  2024: $121,500 (gross receipts under I.R.C. § 448(c), per the statement accompanying the Schedule K-1);

DECLARATION OF RODNEY WATKINS IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 2

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

e. 2025: $229,536 (total gross receipts, Form 1120-S, line 1c).

7. The figures in the preceding paragraph are MMAS Research, LLC's total gross receipts across all of its accounts and activities for each respective year; they are not the receipts of any single account or of any subset of its accounts.

8. I prepared and/or reviewed each of MMAS Research, LLC's federal income tax returns referenced above. MMAS Research, LLC's federal income tax return for tax year 2025, together with its Schedule K-1, the accompanying Schedule K-1 statements, and the supporting schedules, is attached as **Exhibit 1**. That return's Schedule K-1, Box 17, Code AC statement of gross receipts under I.R.C. § 448(c) also reports MMAS Research, LLC's gross receipts for prior years, including $121,500 for tax year 2024 and $205,441 for tax year 2022. MMAS Research, LLC's federal income tax returns for tax years 2021 and 2023, together with their Schedules K-1, the accompanying Schedule K-1 statements, and the supporting schedules, are attached as **Exhibit 2**.

9. I specifically certify as follows. The 2025 federal income tax return included in **Exhibit 1** is a true and correct copy of MMAS Research, LLC's Form 1120-S for tax year 2025, which reports total gross receipts of $229,536 on line 1c. The 2021 federal income tax return included in **Exhibit 2** is a true and correct copy of MMAS Research, LLC's Form 1120-S for tax year 2021, which reports total

DECLARATION OF RODNEY WATKINS IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 3

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

gross receipts of $115,500 on line 1c. The 2023 federal income tax return included in **Exhibit 2** is a true and correct copy of MMAS Research, LLC's Form 1120-S for tax year 2023, which reports total gross receipts of $157,959 on line 1c. The 2024 gross-receipts figure of $121,500 stated above is the amount reported for tax year 2024 under I.R.C. § 448(c) on the Schedule K-1, Box 17, Code AC gross-receipts statement accompanying the 2025 return included in **Exhibit 1**. The 2022 gross-receipts figure of $205,441 stated above is the amount reported for tax year 2022 under I.R.C. § 448(c) on the Schedule K-1, Box 17, Code AC gross-receipts statements accompanying both the 2023 return included in Exhibit 2 and the 2025 return included in **Exhibit 1**. I certify that the returns and statements attached as **Exhibits 1 and 2** are true and correct copies of the returns as I prepared and/or reviewed them and, to the best of my knowledge, as filed with the Internal Revenue Service.

**Financial Condition**

10.    To the best of my knowledge, as of December 31, 2023, the total assets of MMAS Research, LLC were $11,666.23, and the total assets of Steven Trubow were $8,694.28. The Umpqua Bank statements reflecting these account balances are already of record in this action at **Dkt. 218**.

DECLARATION OF RODNEY WATKINS IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 4

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

11. To the best of my knowledge, as of December 31, 2023, neither Steven Trubow nor MMAS Research, LLC had any credit-card account or secured revolving-credit loan.

12. To the best of my knowledge, as of December 31, 2023, neither Steven Trubow nor MMAS Research, LLC had any securable assets—no stocks, bonds, life insurance, or retirement accounts to borrow against—other than one seven-year-old automobile with a Blue Book value of approximately $20,000.

13. To the best of my knowledge, as of May 22, 2024, the total assets of MMAS Research, LLC were $2,510.15, and the total assets of Steven Trubow were $5,414.44. The Umpqua Bank letters confirming these account balances are already of record in this action at **Dkt. 241**.

14. To the best of my knowledge, as of May 22, 2024, neither Steven Trubow nor MMAS Research, LLC had any credit-card account or secured revolving-credit loan, and neither held any securable assets other than the same seven-year-old automobile described above.

15. To the best of my knowledge, as of January 3, 2024, Steven Trubow's TransUnion credit score was 596. The credit report reflecting that score is already of record in this action at **Dkt. 218**.

DECLARATION OF RODNEY WATKINS IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 5

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___July 14___, 2026, at Coronado, California.

**RODNEY WATKINS,** Affiant

/s/ Patricia Ray
Patricia Ray
Pennsylvania Bar #31989
The Law Office of Patricia Ray
Telephone: 215-908-6810
raypatricia@yahoo.com
Attorney for Defendants

DECLARATION OF RODNEY WATKINS IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 6

**Virgo Law LLC**
119 1"Ave.S.,Ste.310

Seattle, Washington 98104
(206) 569-8418