**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| DONALD E. MORISKY,<br><br>Plaintiff,<br><br>v.<br><br>MMAS RESEARCH, LLC, a Washington limited liability company, STEVEN TRUBOW, an individual, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01301-RSM-DWC<br><br>**DECLARATION OF PATRICIA RAY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

I, Patricia Ray declare as follows:

I am an attorney admitted to practice and counsel of record for Defendants MMAS Research, LLC and Steven Trubow in this action. I served as counsel for MMAS Research, LLC in *MMAS Research, LLC v. The Charité*, No. 2:21-cv-01406-MWF-JPR (C.D. Cal.), and on the appeal of that action to the United States Court of Appeals for the Ninth Circuit, No. 23-55202, and I am counsel for

DECLARATION OF PATRICIA RAY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT- 1

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

Appellant MMAS Research, LLC in the pending Ninth Circuit appeal, No. 26-793. I have personal knowledge of the facts stated herein and of the litigation record in this action and in the related federal actions in which I have appeared, and if called as a witness I could and would testify competently to them. The documents attached as exhibits are true and correct copies of the originals, of documents filed in the records of this or the related federal and state actions, or of public records obtained from the dockets of those actions.

## I.  Production of the Unredacted Morisky Widget Source Code

1.  Attached as **Exhibit 1** is a true and correct copy of the Filemail transmission record confirming that the file titled "Morisky Code Dump" (25.44 MB) was transmitted from Dustin Machi (dmachi@hapticscience.com) to Defendant Steven Trubow (trubow1@gmail.com) on or about May 23, 2023, during the period I was in Las Vegas with Defendant for Mr. Trubow's deposition by Plaintiff's counsel.

2.  Attached as **Exhibit 2** is a true and correct copy of text messages exchanged on or about May 22–24, 2023, in which Plaintiff's counsel, Mr. Austin, confirmed receipt of the source code — stating "Yes" and "Got it" — and in which Plaintiff requested that the source files be converted into

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 2

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

PDF form, a request the producing party explained did not make sense given the various source-file types (JavaScript, HTML, CSS, JSON, and image files).

3. I attended the Las Vegas deposition in May 2023. I personally witnessed Plaintiff's counsel, Mr. Austin, examining the unredacted Morisky Widget source code supplied by Mr. Machi, and I was present when Mr. Austin discussed with Mr. Trubow and Mr. Machi how to open and read that unredacted source code.

4. Attached as **Exhibit 3** is a true and correct copy of the transcript excerpt of the status hearing held before the Honorable David W. Christel on April 24, 2024, filed in the record as Docket No. 245. I participated in that hearing and heard Plaintiff's counsel, Mr. Austin, state to the Court: "All I know is that what we received -- the very last thing we received was finally a copy of the source code, which we couldn't read. And then ultimately we were able to get a copy of that that was unredacted that we could have our expert review." (Dkt. 245 at 10.)

5. Based on these records and on my personal participation in the Las Vegas deposition and the April 24, 2024 hearing, the unredacted Morisky Widget source code was produced to Plaintiff's counsel, and Plaintiff's counsel

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 3

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

acknowledged receiving it. Plaintiff's representations of non-production are contradicted by Plaintiff's counsel's own statements on the record.

## II. The Authorization Executed by Plaintiff and His Counsel

6. Attached as **Exhibit 4** is a true and correct copy of the "Infringement Authorization" executed January 25, 2021 by Plaintiff Dr. Donald E. Morisky and his lead counsel, F. Christopher Austin, "[i]n accordance with the December 4, 2020, agreement." Its operative text states: "I, Dr. Donald E. Morisky hereby authorize Steve Trubow, MMAS Research, LLC, or any attorney working on their behalf or designated by either of them to represent my interests in pursuing, settling and litigating any claim I have for infringement of my intellectual property rights to the MMAS-4, MMAS-8, and Morisky Widget, as well as contract claims related to licenses issued to use the MMAS-4, MMAS-8 or Morisky Widget, accruing on or before December 3, 2020.

7. Attached as **Exhibit 5** is a true and correct copy of a December 3, 2021 email from Mr. Austin describing the arrangement under the CR2A, stating that "Dr. Morisky gave MMAS Research . . . a very limited license (Section II.3-5, 8)," including "the ability to enter into retroactive licenses . . . in connection with settlements."

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 4

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

## III.  The Licensing Record

8.  Attached as **Exhibit 6** is a true and correct copy of the "Morisky Widget MMAS License," effective December 4, 2017, by which MMAS Research, LLC granted AstraZeneca France and Kantar Health SAS a perpetual license covering the Morisky Widget and the MMAS scales. That License is of record in *MMAS Research, LLC v. AstraZeneca France*, No. 2:21-cv-00975-GW-MRW (C.D. Cal.); on March 18, 2022, Morisky and MMAS Research dismissed with prejudice their claims against AstraZeneca France arising from that License.

9.  Attached as **Exhibit 7** is a true and correct copy of the January 2018 license by which MMAS Research, LLC granted Novo Nordisk A/S a worldwide license to the MMAS-8 and a perpetual license to the Morisky Widget, warranting MMAS Research's "full legal or beneficial title and ownership" and "no known ownership challenges."

## IV.  The Ninth Circuit's Disposition in Charité

10.  Attached as **Exhibit 8** is a true and correct copy of the Memorandum disposition of the United States Court of Appeals for the Ninth Circuit in *MMAS Research, LLC v. The Charité*, No. 23-55202, filed March 13, 2024, on appeal from the Charité action, in which I appeared as counsel

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 5

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

for MMAS Research. The Memorandum states that the December 2020 agreement "was never finalized," and that "MMAS thus never transferred its copyright and remains the registered owner of the Morisky Widget." The Infringement Authorization (Exhibit 4) and Dr. Morisky's November 2, 2022 declaration were part of the record of the Charité action that the Ninth Circuit reviewed on appeal

## V.   The Parallel Ninth Circuit Appeal, No. 26-793

11.    Attached as **Exhibit 9** is a true and correct copy of Appellant's Opening Brief in the United States Court of Appeals for the Ninth Circuit, No. 26-793, which I filed as counsel for Appellant MMAS Research, LLC. In that brief MMAS Research takes the position that the Court of Appeals' disposition in *Charité*, No. 23-55202, resolved ownership of the Morisky Widget in MMAS Research's favor. The appeal remains pending.

12.    Attached as **Exhibit 10** is a true and correct copy of the motion filed June 24, 2026 in the Ninth Circuit (No. 26-793) seeking to hold that appeal in abeyance pending this Court's decision on the Motion for Default Judgment. That motion confirms, from the movants' side, that the Motion for Default Judgment remains pending and is being briefed, and that no judgment has been entered.

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 6

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

## VI.   The Order Directing Limited Lift of Stay

13.   Attached as **Exhibit 11** is a true and correct copy of the Court's Order Directing Limited Lift of Stay, entered April 24, 2024 (Dkt. 229). In that Order the Court lifted the stay "for the limited purpose of allowing Plaintiff to file a motion for sanctions" and directed that the Court "will not accept any additional motions or filings in this case until the motion for sanctions is resolved." (Dkt. 229 at 1–2.)

## VII.   The Nevada Copyrightability Judgment

14.   Attached as **Exhibit 12** are true and correct copies, obtained from the court's docket, of (a) the June 25, 2025 order in *Adherence v. CVS Pharmacy, Inc.*, No. 2:24-cv-01590-JCM-NJK (D. Nev.), holding the MMAS-4 and MMAS-8 uncopyrightable as a matter of law under the blank-forms doctrine and dismissing the copyright claim with prejudice; and (b) the order at ECF No. 111 (Sept. 15, 2025) dismissing that action with prejudice.

## VIII.   The Central District of California First-to-File Dismissal Now on Appeal

15.   Attached as **Exhibit 13** is a true and correct copy, obtained from the

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 7

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

court's docket, of the order dismissing *MMAS Research LLC v. University of British Columbia*, No. 2:25-cv-01057-RGK-SK (C.D. Cal.) (Dkt. 205) under the first-to-file rule — the order now pending before the Ninth Circuit as No. 26-793.

## IX.   Plaintiff's Own Phase-Out of the Widget

16.   Attached as **Exhibit 14** is a true and correct copy of a December 5, 2021 email from Dr. Morisky announcing to licensees that "the Morisky widget will be phased out of existence in the very near future" and that licensees "will be transitioned to my own secure MMAR digital platform."

## X.   No Evidentiary Hearing

17.   I have served as counsel of record for Defendants throughout this litigation, including at the status hearing of April 24, 2024. To my knowledge, in the more than five years this action has been pending, the Court has not held an evidentiary hearing. The findings of willfulness underlying the sanctions and the proposed default judgment rest on a paper record that has not been tested at any evidentiary hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 8

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418

Executed on July 16, 2026.


    /s/ Patricia Ray        

Patricia Ray

Pennsylvania Bar #31989

The Law Office of Patricia Ray

Telephone: 215-908-6810

raypatricia@yahoo.com

Attorney for Defendants

DECLARATION OF PATRICIA RAY IN SUPPORT
OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 9

**Virgo Law LLC**
119 1st Ave. S., Ste. 310
Seattle, Washington 98104
(206) 569-8418